UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Nov 18  2 27 PM '03

| | |
|---|---|
| JOHN HUGHES,<br>Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| V. | |
| MILFORD HOUSING AUTHORITY, ANTHONY VASILIOU, RICHARD ANDERSON, HILARY HOLOWINK, JOHN AMENTH, EDWARD CANELLI AND JACK TUCCIARONE,<br>Defendants. | NOVEMBER 14, 2003 |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of defendants, Milford Housing Authority, Anthony Vasiliou, Richard Anderson, Hilary Holowink, John Amenth, Edward Canelli and Jack Tucciarone, in the above captioned matter.

DEFENDANTS,
MILFORD HOUSING AUTHORITY,
ANTHONY VASILIOU, RICHARD
ANDERSON, HILARY HOLOWINK, JOHN
AMENTH, EDWARD CANELLI AND JACK
TUCCIARONE

By _____
Michael G. Petrie (ct 22789)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
E-mail: mpetrie@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, to Lewis H. Chimes, Esq. of Garrison, Levin-Epstein, Chimes & Richardson, P.C., 405 Orange Street, New Haven, CT 06511, on this 14th day of November, 2003.

_____
Michael G. Petrie