2CV1917moQUA

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

------------------------------------------------------------x

JOHN HUGHES,                         :      CIVIL ACTION NO.
                                     :
            Plaintiff,               :      3:02CV1917(MRK)
                                     :
vs.                                  :
                                     :
MILFORD HOUSING AUTHORITY,           :
ANTHONY VASILIOU, RICHARD            :
ANDERSON, HILARY HOLOWINK,           :
JOHN AMENTH, EDWARD CANELLI,         :
and JACK TUCCIARONE                  :
                                     :
            Defendants.              :      December 8, 2003
------------------------------------------------------------X

## MOTION OF THIRD PARTY WITNESS
## TO QUASH

Dion Smith, a third party witness, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, does hereby move to quash the subpoena issued to him for his deposition on

December 10, 2003 in the above-entitled matter, or alternatively for an order limiting Mr.

Smith's testimony and document production to matters related to Mr. Hughes' employment, and

the circumstances surrounding the termination of Mr. Hughes' employment.  A Memorandum of

Law is submitted in support of Mr. Smith's Motion.

WHEREFORE, Dion Smith respectfully requests that his Motion to Quash be granted.

**RESPECTFULLY SUBMITTED**

By: _____

Lewis H. Chimes
*Juris No. 303446*
GARRISON, LEVIN-EPSTEIN
     CHIMES & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965

**CERTIFICATION OF SERVICE**

I hereby certify that the original of the foregoing was mailed, via U.S. mail, postage prepaid on this **8th** day of **December, 2003** to:

Richard F. Vitarelli, Esquire
Ann Noble Walker, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____

Lewis Chimes

2