**GARRISON, LEVIN-EPSTEIN, CHIMES & RICHARDSON, P.C.**

Thank you for your attention to this matter.

Yours truly,

Lewis Chimes

LC/dmf
Enclosure

# New Dimensions Recommendation Form

r admission to Albertus Magnus College

Completed by Applicant:

Name: Dion H. Smith
Address: 63 B Briarwood Lane
City: Branford   State: Ct.   ZIP: 06405

Name of Employer: Milford Housing Authority
Address: P.O. Box 291  75 Demaio Drive
City: Milford   State: Ct.   ZIP: 06460

Your position at the above company: Work Center Supervisor (Maintenance Manager)
How long at this position? 3yrs 2 months

Name of person giving this recommendation: Anthony J. Vasiliou
Position or Title: Executive Director

For admission to (Program): New Dimensions

the Applicant:

his recommendation will become part of your admissions file. It will not be disclosed to any unauthorized individual without your consent. you matriculate at Albertus Magnus College, you will be accorded access to its contents unless you voluntarily waive your right of access. ease check one of the boxes and sign the statement below.

I ☐ (do)  ☒ (do not) waive the right to review this recommendation once submitted.

Applicant's Signature: [signature]   Date: 9/2/03

Completed by Individual Submitting Recommendation:

he person whose name appears above has applied for admission to the Albertus Magnus College – New Dimensions Program.
he Admissions Committee attaches great weight to an applicant's qualifications that are not adequately reflected in past academic records. herefore, you can assist us in our evaluation of this applicant by responding frankly to the questions in this form.

NOTE: Under the 1974 Family Educational Rights and Privacy Act, the applicant named above will have access to this recommendation unless he r she has waived that right.

accordance with FEPC policies, the author of reference is asked to refrain from commenting on illegal discriminatory criteria such as candidate's ace, religion, national origin, political affiliations, beliefs or activities. The questions below are offered as a guide; we welcome your comment s an aid in determining the applicant's ability to benefit from and contribute to the New Dimensions Program.

1. How long have you and the applicant known each other? Is the capacity personal or professional? Explain.

July 18, 2000. Mr. Smith was hired as a working crew chief in the Maintenance Dept.

2. What qualities do you particularly admire about the applicant? Please relate to the work situation, if possible.

His punctuality, and dedication to children.

3. What skills do you think the applicant could improve upon, if any?

Development of critical thinking skills, strengthen cognitive skills to differentiate between personal + professional responsibilities, follow through on assigned + repetitive tasks.

4. The New Dimensions Program requires 2 years of significant full-time work experience for applicants. Please provide information regarding the applicant's work that substantiates his/her experience.

Mr. Smith has been continuously employed by the MHA since July 18, 2000 as a working crew chief in the Maintenance Dept.

5. On a scale of 1 to 5, how do you rate the applicant's ability to:

| | WEAK | | | | STRONG |
|---|---|---|---|---|---|
| a. Interact with a group | ① | 2 | 3 | 4 | 5 |
| b. cooperate in meeting group goals | ① | 2 | 3 | 4 | 5 |
| c. clearly express self verbally | 1 | 2 | ③ | 4 | 5 |
| d. clearly express self in writing | 1 | ② | 3 | 4 | 5 |
| e. problem solve | 1 | 2 | ③ | 4 | 5 |
| f. carry out assigned tasks | 1 | ② | 3 | 4 | 5 |
| g. utilize learned materials or skills | 1 | ② | 3 | 4 | 5 |
| h. work independently | 1 | 2 | ③ | 4 | 5 |
| i. work under stress | ① | 2 | 3 | 4 | 5 |
| j. assume personal responsibility | ① | 2 | 3 | 4 | 5 |
| k. computer skills | 1 | 2 | 3 | ④ | 5 |

6. Signature of individual completing this form: [signature]    Anthony J. Vasiliou

Position or Title: Executive Director    Company: Milford Housing Authority

City: Milford    State: CT    ZIP: 06460

The Admission Committee and the applicant greatly appreciate the time and effort required of you to provide this information. The applicant may not be considered for admission until this recommendation is received.

**Please Mail or Fax to:**

~~New Dimensions New Haven Learning Center — FAX (203) 777-2112~~
~~One Long Wharf, Suite 216 New Haven, CT 06511~~

~~New Dimensions Greater Hartford Learning Center — FAX (860) 289-1156~~

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) _[signature]_ B. Date of Delivery 10-1-03<br>C. Signature _[signature]_ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Ann Noble Walker, Esq<br>Robinson + Cole, LLP<br>280 Trumbull Street<br>Hartford, CT 06103-3597 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1140 0002 1913 6189 |

PS Form 3811, March 2001       Domestic Return Receipt       102595-01-M-1424

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

7001 1140 0002 1913 6189

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: Ann Noble Walker
Street, Apt. No.; or PO Box No. 280 Trumbull St
City, State, ZIP+4 Hfd, CT 06103

PS Form 3800, January 2001        See Reverse for Instructions

# EXHIBIT 3

## GARRISON, LEVIN-EPSTEIN, CHIMES & RICHARDSON, P.C.

ATTORNEYS AT LAW
405 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511

JOSEPH D. GARRISON
ETHAN A. LEVIN-EPSTEIN*†
LEWIS CHIMES*†
ROBERT A. RICHARDSON
JEFFREY S. BAGNELL†
STEPHEN J. FITZGERALD*

TEL. 203-777-4425
FAX. 203-776-3965
WWW.GARRISONLAW.COM

\* ALSO ADMITTED TO NEW YORK BAR
† ALSO ADMITTED TO MASSACHUSETTS BAR

November 26, 2003

**Via Facsimile (860) 275-8299**
**and Via First Class Mail**

Ann Noble Walker, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford CT 06103-3597

Re:   **Hughes v. Milford Housing Authority**

Dear Attorney Walker:

I am in receipt of your Notice of Deposition and Request for Production relating to Dion Smith. As you know, I am also representing Mr. Smith in a matter unrelated to the above entitled case.

Mr. Smith is a fact witness in this matter. You have noticed his deposition for Hartford, Connecticut. Hartford is inconvenient to Mr. Smith, given that he works in Milford and resides in Branford. Therefore, I am requesting that Mr. Smith's deposition take place at our office in New Haven, or if you prefer, some neutral office in the New Haven area.

Your Requests for Production are also overly broad. Please be advised that I intend to advise Mr. Smith to only produce documents relative to Mr. Hughes' employment at Milford Housing Authority.

I am also concerned that the housing authority intends to use Mr. Smith's deposition as an excuse to make inquiries about matters unrelated to Mr. Hughes' case. I will instruct Mr. Smith not to answer questions that do not relate to Mr. Hughes' employment or Mr. Hughes' termination from the housing authority.

**GARRISON, LEVIN-EPSTEIN, CHIMES & RICHARDSON, P.C.**

      I assume that we are in agreement as to the production of documents, location, and the scope of Mr. Smith's deposition. If you disagree, please let me know by the end of the day on Monday, December 1, 2003, so I can seek the appropriate court intervention.

                                            Yours truly,

                                            Lewis Chimes

LC/dmf

cc: Mr. Dion Smith

# EXHIBIT 4

# ROBINSON & COLE LLP

ANNE NOBLE WALKER

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
awalker@rc.com
Direct (860) 275-8303

# Facsimile Transmission Sheet

DATE:   December 1, 2003            NO. OF PAGES (including cover):   3

RE:   Hughes v. Milford Housing Authority

RECIPIENT(S) LIST

| NAME | COMPANY | FAX NUMBER | PHONE NUMBER |
| --- | --- | --- | --- |
| Lewis H. Chimes | Garrison, Levin-Epstein, Chimes & Richardson, P.C. | 203-776-3965 | 203-777-4425 |

MESSAGE:



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

www.rc.com

Note:   If transmission is not clearly or completely received, please contact the sender through the direct line noted above, or if a direct line is not indicated, through the firm's main number 860-275-8200.

Confidentiality Note: The documents accompanying this facsimile transmission may contain confidential or privileged information from the law firm of Robinson & Cole LLP. This information is intended for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.

# ROBINSON & COLE LLP

ANNE NOBLE WALKER

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
awalker@rc.com
Direct (860) 275-8303

December 1, 2003

**VIA FACSIMILE & U.S. MAIL**

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes
  & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Re:  **Hughes v. Milford Housing Authority**

Dear Attorney Chimes:

The purpose of this correspondence is to reply to your letter of November 26, 2003.

Please clarify as to whether or not you are representing Mr. Smith with respect to this deposition. Your letter was ambiguous as to that point.

The Federal Rules of Civil Procedure do not require me to take Mr. Smith's deposition at your office in New Haven or at some other neutral office in the New Haven area. We expect Mr. Smith to be in attendance at his deposition in Hartford on December 10. Moreover, the defendants have already accommodated one request to have depositions taken in New Haven by agreeing to finish the depositions of Vasiliou and Hughes at your office. It seems fair for you to travel to this deposition.

We will proceed with the deposition on December 10 in accordance with the Federal Rules of Civil Procedure. The purpose of Mr. Smith's deposition is to provide discovery in the Hughes matter. Should you instruct Mr. Smith not to answer my questions, I will take whatever action I deem appropriate at that time.

I do not believe the requests for production are overbroad. Upon review of the documents produced by Mr. Smith, I will decide whether or not to pursue further production.



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

www.rc.com

# ROBINSON & COLE LLP

Lewis H. Chimes, Esq.
December 1, 2003
Page 2

Please contact me if you have any questions.

Very truly yours,

Anne Noble Walker

