UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday January 20, 2004
10:00 a.m.

CASE NO. **3:02cv1917 MRK**   **Hughes v. Milford Housing, et al**

Lewis H. Chimes
Garrison Levin-Epstein Chimes & Richards
405 Orange St.
New Haven, CT 06511

Andrew S. Golden
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Michael G. Petrie
Robinson & Cole
280 Trumbull Street
Hartford, CT 06103

Richard Francis Vitarelli
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Anne Noble Walker
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

Christopher T. Wethje
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597

**STATUS CONFERENCE HELD**
DATE: 1/20/04
one hour

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK