UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
JOHN HUGHES,                                : CIVIL ACTION NO.

      Plaintiff,                           : 3:02CV1917(MRK)

vs.                                                      :

MILFORD HOUSING AUTHORITY, ET AL,  :

      Defendants.                         : March 23, 2004
---------------------------------------------------------------x

## MOTION TO AMEND COMPLAINT

     The plaintiffs, through counsel, pursuant to Rule 15 of Federal Rules of Civil Procedure, move to amend their complaint to add additional claims of retaliation, in violation of the anti-retaliatory provisions of the Fair Housing Act, 42 U.S.C. §3617, and 42 U.S.C. §1983, as a result of defendant Anthony Vasiliou's filing of a frivolous defamation complaint against Mr. Hughes on February 25, 2004.  I have communicated our intention to amend plaintiff's complaint to Ann Noble Walker, counsel for the defendants, and she has indicated that the defendants object to this motion.

     A Memorandum of Law in Support of Plaintiff's Motion to Amend, and the Amended Complaint are attached hereto.

     WHEREFORE, for the reasons stated in plaintiff's Memorandum of Law and Second Amended Complaint, the plaintiff respectfully requests that his Motion be granted.

                    RESPECTFULLY SUBMITTED,
                    THE PLAINTIFF, JOHN HUGHES

**By:** _____/s/_____
        Lewis H. Chimes
        *Fed. Bar No.: ct07023*
        GARRISON, LEVIN-EPSTEIN, CHIMES
            & RICHARDSON, P.C.
        405 Orange Street
        New Haven, CT  06511
        Ph:  (203) 777-4425
        Fax: (203) 776-3965
        lchimes@garrisonlaw.com


## **CERTIFICATION**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 23rd day of March 2004 to:

Ann Noble Walker
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597


                _____/s/_____
                Lewis Chimes