# YOUR REGION

★ A5
CONNECTICUT POST
Tuesday, October 22, 2002

## Ex-housing official files lawsuit

### Milford board says budget cuts led to dismissal

By FRANK JULIANO
fjuliano@ctpost.com

MILFORD — A former Milford Housing Authority official charged in a lawsuit filed Monday that he was fired because he protested the authority's intent to circumvent a federal court settlement.

John Hughes, who was let go as the authority's facilities manager in March, claims in the suit filed in Bridgeport Superior Court that he was fired because he was a whistleblower.

The authority's board of commissioners, who are named in the suit along with executive director Anthony J. Vasiliou, stated at the time that Hughes was being laid off because of a lack of funds and a reorganization of the authority's management structure.

But Hughes claims that he overheard Vasiliou say that he would use up as much of a $3.6 million federal grant as possible on fees for technical services to reduce the number of affordable housing units in the city.

The housing authority agreed in 1998 to settle a discrimination lawsuit brought by the U.S. Justice Department and the Greater New Haven NAACP by building or buying up to 28 apartments to rent to low-income families.

The authority purchased 18 housing units, including duplexes and single-family houses, with the federal grant. The apartments are being rehabilitated. None of them have been rented out to tenants.

"I told the architect 'if the Justice Department came in here, I would tell them Anthony Vasiliou has no intention of building 28 units of scattered site housing,' and eight days after that I was fired," Hughes said.

But Richard Andersen, chairman of the authority board, vehemently denied the charges.

"That's not the reason he was let go," Andersen said. He said the commissioners never had a chance to work out the issue with Hughes "because he never came in to talk to us."

Hughes said he doesn't trust the commissioners to be fair.

"I've got numerous witnesses to what Anthony said. I also was never brought into the property selection process, although that was part of my job," Hughes said. "I did that for Neighborhood Housing Services in Bridgeport, but here they bought junk that is going to need huge sums to renovate."

Hughes added that the housing authority manufactured a budget crisis as an excuse to fire him and hoped it would keep him silent.

"I'm the one who did the budget," he said. "There was plenty of money."

Vasiliou said Hughes' charges are not new.

"This suit is being vigorously pursued by the authority, and we are in the process of formulating our response," Vasiliou said. "I look forward to presenting this case in a legal forum, where it properly belongs."

Hughes is suing for back pay and benefits, payment for emotional distress and punitive damages, but no amounts are specified in the court papers.

# Milford housing investigated

## CCLU fears city may be cheating on civil rights settlement

**By FRANK JULIANO**
fjuliano@ctpost.com

MILFORD — The groups that sued the Milford Housing Authority for federal civil rights violations in the mid-1990s are investigating claims that the authority is trying to subvert the legal agreement that ended the case.

An investigation by the Connecticut Civil Liberties Union is under way, as housing authority officials fend off recent allegations that they conspired to defeat a federal court-brokered agreement that called for the city to create 28 low-income housing units. The claim was made by a fired MHA official who is suing the authority.

"It's true that we have been looking into the housing authority's failure to reach the number of units required under the settlement," said Philip Tegeler, legal director of the CCLU. "We have already been to the housing authority's offices on more than one occasion to review documents, but I can't comment on the investigation."

The housing authority agreed in 1998 to settle a discrimination lawsuit brought by the U.S. Justice Department and the Greater New Haven NAACP by building or buying up to 28 apartments to rent to low-income families.

The authority purchased 18 housing units, including duplexes and single-family houses, with a $3.6 million federal grant. The apartments are being rehabilitated; none has been rented to tenants.

It was the authority's rejection of that grant in 1995 that sparked the federal lawsuit.

"That there are no tenants in that housing is also a concern to us, but a larger concern is how the money was used," the CCLU lawyer said.

Tegeler represented the Greater New Haven chapter of the National Association for the Advancement of Colored People in the discrimination case, filed in 1995.

Recent claims that the city was trying to circumvent the federal court settlement came to light this week when a former housing authority employee filed a civil suit claiming he was fired because he threatened to blow the whistle.

John Hughes, the former facilities manager, claims in the suit that he overheard MHA Executive Director Anthony J. Vasiliou say that he would use up as much of the grant as possible on fees for technical services to reduce the number of affordable housing units.

"I've got numerous witnesses to what Anthony said," Hughes told the *Connecticut Post*. "I also was never brought in to the property-selection process, although that was part of my job. They bought junk that is going to need huge sums to renovate."

Tegeler called the former employee "the classic whistle-blower," and said he has been in contact with U.S. Department of Justice officials about Hughes' charges. Justice Department spokesman Jorge Martinez did not return phone calls seeking comment.

Scott X. Eisdale, executive director of the Greater New Haven NAACP, said, "If the charges are true, it is very unfortunate. We will be following up immediately and we will seek to reopen the case."

Vasiliou was vacationing Friday and unavailable for comment. He said previously that Hughes' suit "is being vigorously pursued by the authority and a response is being formulated."