### Page 50

1  the lawsuit?
2  A  No.
3  Q  And have you ever seen a copy of the settlement
4  agreement?
5  A  Yes. Anthony gave that to me, and all of the
6  staff, about a year ago, give or take a couple of months.
7  I don't recall when. I know that when I got it, I briefly
8  glanced at it, because Anthony told me about it on several
9  occasions. So I didn't feel the need to read the whole
10 document.
11 Q  What has Anthony told you about the settlement
12 agreement?
13 A  That that's why we were buying scattered sites.
14 That we had a lawsuit against us, and the Housing Authority
15 agreed that -- or to spend this 3 point something million
16 dollars to get housing.
17 Q  And did you have any discussions about the
18 settlement agreement with Mr. Hughes?
19 A  Not that I recall. Not about the agreement,
20 no.
21 Q  Anything related to the agreement?
22 A  Well, I think when you say "related to the
23 agreement," I mean, talking about the scattered sites, the
24 houses that we were buying, and this, that, and the other,
25 to me, would be related.

### Page 51

1  This is the house we bought, or this is the
2  duplex that we bought. Telling me a little bit about what
3  the conditions were. Telling me that we had to do a lot of
4  work in some, and not a lot in others. Things of that
5  nature, but that's all I can think of.
6  Q  Did he ever express an -- did Mr. Hughes
7  express an opinion to you about whether or not he thought
8  the settlement agreement was being complied with by the
9  Milford Housing Authority?
10    MR. CHIMES: Objection to the form. Do you
11 want to break that down pre or post?
12    MS. WALKER: No.
13    THE WITNESS: I think that he did tell me
14 something to the nature that Anthony had no intention of
15 buying 28 units. That he was going to build into the units
16 that he bought, build into it a lot of soft costs, because
17 he was going to be the hero in Milford and not put in that
18 many scattered sites.
19 Q  (By Ms. Walker) And when did Mr. Hughes say
20 this to you?
21 A  I don't recall. I'm just trying to put it all
22 in my head. I don't recall when it was, but he did say
23 something like that to me. But it could have been a month,
24 it could have been a year. I don't know.
25 Q  Was it before or after his separation of

### Page 52

1  employment?
2  A  Before.
3  Q  And was it well before, or was it a month
4  before?
5  A  It could have been six months, four months,
6  eight months. I don't know.
7  Q  Did he say it to you more than once?
8  A  Not that I recall.
9  Q  Do you recall who was present when he said it
10 to you, or where you were?
11 A  No, I don't.
12 Q  And did he also say to you that Mr. Vasiliou
13 had no intention of complying with the settlement
14 agreement?
15    MR. CHIMES: Objection to form. He already
16 answered that.
17    THE WITNESS: Yeah. I think I already answered
18 that.
19 Q  (By Ms. Walker) Did Mr. Hughes say to you that
20 Anthony Vasiliou had no intention of complying with the
21 settlement agreement?
22 A  He said to me, and this is what I recall, which
23 is what I just told you, that he thinks that Anthony had no
24 intention of buying 28 units, because he wanted to be the
25 hero in Milford and not put that many scattered site units

### Page 53

1  in the Town of Milford, because the Town of Milford did not
2  want it.
3  Q  As a result of that conversation, did you have
4  the impression that Mr. Vasiliou did not intend to comply
5  with the terms of the settlement agreement?
6  A  That was my impression, from what I was told.
7  Q  Did you ever hear Mr. Vasiliou say that he did
8  not intend to comply with the terms of the settlement
9  agreement?
10 A  No, I did not.
11 Q  Did you ever hear Mr. Vasiliou say that he had
12 no intention of building 28 units?
13 A  No.
14 Q  After you spoke with Mr. Hughes on the evening
15 of the separation of employment, when was the next time you
16 had any form of contact with him?
17 A  It might have been a couple of weeks. I know
18 my wife called him, after that night, because my wife is
19 very fond of Jack, and I talked to him briefly.
20 Q  Did you discuss the filing of a lawsuit against
21 the Milford Housing Authority with Mr. Hughes, prior to the
22 filing of the lawsuit?
23 A  Not that I -- no. No.
24 Q  Okay. So you don't have any clear recollection
25 of any conversations with Mr. Hughes between March of 2002

**Page 54**

1  and December of 2002?
2    A  Can you repeat that question?
3    Q  Do you have any recollection, other than the
4  conversations that you had with him on the evening of his
5  separation of employment, do you have any clear
6  recollection of any conversations with him between March of
7  2002 and December of 2002?
8    A  No. Not clear. I know I talked to him on
9  occasion. But most -- Jack is my friend. We talk about a
10 lot of things. But we only talk for a few minutes. Then I
11 go about my business, and he does whatever he does.
12   Q  So you have no clear recollection of any
13 conversations between March of 2002, other than the evening
14 of separation, and December of 2002, related to the lawsuit
15 or the Milford Housing Authority?
16   A  No.
17   Q  And did you see him at all between March of
18 2002 and December of 2002?
19   A  No. The last time I saw Jack -- let me
20 backtrack. I may have. I'm trying to think. I may have
21 had lunch with him. I can't recall, but I think I had
22 lunch with him once after that, and before December.
23   Q  Why do you think you might have had lunch with
24 him?
25   A  I seem to recall sitting down and having lunch

**Page 55**

1  with him. I don't want to say that I didn't, because I may
2  have.
3    Q  Okay. Were you present in the office when
4  Mr. Hughes and Mr. Vasiliou allegedly had a confrontation
5  about what was said to Mr. Kuncas?
6    A  No.
7    Q  So you didn't witness any of that?
8    A  No. No. What I said about that, it was what
9  Jack told me.
10   Q  That's your sole knowledge of it --
11   A  That's correct.
12   Q  -- is what Mr. Hughes told you?
13     When is the last time you spoke to Karen
14 DeVito?
15     MR. CHIMES: Objection. What would that -- how
16 would that have anything to do in any way with this case?
17     MS. WALKER: Karen DeVito is a witness in this
18 case.
19     MR. CHIMES: Yeah?
20   Q  (By Ms. Walker) Have you spoken to Ms. DeVito
21 about this lawsuit?
22   A  No.
23   Q  Have you spoken to Ms. DeVito about the
24 scattered site project?
25   A  No.

**Page 56**

1    Q  Have you spoken to Ms. DeVito about
2  Mr. Vasiliou's implementation of the scattered site
3  project?
4    A  No.
5    Q  When is the last time you spoke to her?
6    A  It was shortly after she left. She sent me a
7  card, a thank you card. And as far as I can remember,
8  that's -- it was after she left, or the day she left. I
9  don't recall.
10   Q  Okay. Have you spoken to anyone, other than
11 your attorney and Mr. Hughes, and I want you to leave
12 government agencies out of this, about the reasons for the
13 separation of Mr. Hughes's employment?
14   A  No.
15     MS. WALKER: I need a minute with my client.
16     (A break was taken from 3:15 p.m. until
17     3:30 p.m.)
18   Q  (By Ms. Walker) Mr. Smith, did you personally
19 behave any -- personally observe any conduct that would
20 lead you to believe that Mr. Vasiliou, the commissioners,
21 or the Milford Housing Authority did not have an intent to
22 comply with the terms of the settlement agreement?
23     MR. CHIMES: Objection to the form.
24     You can answer.
25     THE WITNESS: No.

**Page 57**

1    Q  (By Ms. Walker) In the course of some of the
2  job meetings that you attended, after Mr. Hughes's
3  separation, you didn't observe anything that would raise
4  suspicion?
5    A  No. I only went to a few job meetings, maybe,
6  for the scattered sites. I might have been at the first
7  one, and maybe the second and third one. I know I was
8  there -- well, it might even be more.
9      Because I know that Anthony asked me, you know,
10 about it in one meeting, about what types of faucets we
11 wanted to put in, and this, that, and the other. Just to
12 get my input on standardizing some items.
13     And so it may have been five or six. I don't
14 recall how many I went to. But, no, nothing led me to
15 personally believe anything like that.
16   Q  Have you read Mr. Hughes's deposition?
17   A  No.
18   Q  On page 86 of Mr. Hughes's deposition he
19 testified in response to my question as follows: I asked
20 him, "What did you do to aid or encourage other persons in
21 the exercise of their rights granted by the Fair Housing
22 Act?"
23     Mr. Chimes objected, and told him he could
24 answer the question. And Mr. Hughes's response to my
25 question was, "I've encouraged them to seek a union."

Page 58

1    Do you understand that sequence of testimony?
2    A    Jack always thought that we should have a
3    union.
4    Q    Did he tell you why there should be a union?
5    MR. CHIMES: Objection. I'm going to --
6    MS. WALKER: Lew, I'm trying to stay very
7    narrow to exactly what is in the deposition.
8    MR. CHIMES: I'm not sure that that has
9    anything to do with the claims. But, yeah, go ahead. Just
10   go slow.
11   Q    (By Ms. Walker) Did he tell you why he thought
12   there should be a union?
13   A    To protect our jobs.
14   Q    Did he give you any other reason?
15   A    Not that I'm aware of.
16   Q    Did he ever tell you that the union would aid
17   or encourage other persons in exercising their rights
18   granted by the Fair Housing Act?
19   A    Can you repeat that for me?
20   Q    Did he ever talk about it, the union, as a
21   mechanism to protect people who were trying to get fair
22   housing?
23   MR. CHIMES: I'm not going to claim Jack's
24   answer as the basis of my claim.
25   MS. WALKER: I know.

Page 59

1    MR. CHIMES: I'm not --
2    THE WITNESS: To keep people from getting
3    housing at the Housing Authority? Is that what you're
4    saying?
5    Q    (By Ms. Walker) Did he ever connect the need
6    for a union with the scattered site project?
7    A    No. Not that I'm aware of.
8    Q    Did he ever connect the need for a union with
9    people, tenants, getting fair -- getting a fair chance at
10   housing?
11   A    No. Not that I'm aware of.
12   Q    Did he ever connect the need for getting a
13   union with --
14   MR. CHIMES: I'm not claiming it. I'm not
15   claiming it.
16   MS. WALKER: He can answer this last one.
17   Q    (By Ms. Walker) -- with any sort of racial
18   discrimination?
19   A    Not that I'm aware of.
20   MS. WALKER: That's all I have, prior to where
21   the protective order comes in.
22   MR. CHIMES: That's fine.
23   MS. WALKER: I will walk you out.
24   For the record, the remainder of the deposition
25   is subject to a protective order, and Mr. Vasiliou is now

Page 60

1    going to leave Robinson & Cole.
2    MR. CHIMES: He doesn't have to leave Robinson
3    & Cole. He just has to leave the room.
4    MS. WALKER: For the record, he's leaving
5    Robinson & Cole. I'll be back in five minutes.
6    (A break was taken from 3:28 p.m. until
7    3:35 p.m.)
8    Q    (By Ms. Walker) Mr. Smith, as your attorney
9    has probably informed you, the remainder of the deposition
10   is subject to a protective order.
11   And the topic of the remainder of the
12   deposition that's subject to the protective order will be
13   conversations that you have had with Government agencies.
14   And by being subject to a protective order,
15   what that means is that no one, other than the attorneys in
16   this lawsuit, can look at that testimony, unless the court
17   allows it.
18   And that portion of the deposition will be
19   sealed, if you will, so that confidence is maintained. And
20   I would assume that, you know, to the extent you share your
21   testimony with other people, it becomes public knowledge,
22   but we will not be disclosing it.
23   MR. CHIMES: Until there's a court order to do
24   so. Again, so that I don't have to object continually, my
25   -- I do not object to questions about his own personal

Page 61

1    observations, which you've already asked him about.
2    I don't even object to questions relating to
3    what he said about Mr. Hughes's termination. And I don't
4    object to statements he's made about observations about
5    things that took place prior to Mr. Hughes's termination.
6    But I do object to any questioning about
7    statements he's made that would have been after
8    Mr. Hughes's -- events that occurred at the Housing
9    Authority after Mr. Hughes's termination.
10   MS. WALKER: The judge made it clear that I
11   have permission to go there.
12   MR. CHIMES: I'm not going to instruct him not
13   to answer. I'm just -- it's just so I don't have to keep
14   objecting.
15   Q    (By Ms. Walker) I would like to get through
16   this as quickly as possible, so you can --
17   A    So I can pick up my daughter.
18   Q    I understand that.
19   Mr. Smith, have you spoken to the Department of
20   Justice about Mr. Hughes -- or the separation of
21   Mr. Hughes's employment?
22   A    No.
23   Q    Same question with respect to HUD.
24   A    The Inspector General.
25   Q    The Office of the Inspector General?

Hughes vs Milford Housing
2/26/2004                                                                 Dion Smith

Page 62

1  A  That's correct. The auditors from the Office
2  of the Inspector General.
3  Q  And who are those auditors?
4  A  Morgan McCarthy, Mike McCulsky or McNulsky.
5  And Dave -- I can't remember his last name. It's French.
6  Q  I'm trying to make this easy. Other than those
7  individuals at the Office of the Inspector General, have
8  you spoken to any other state or federal government
9  official about Mr. Hughes and the separation of
10 Mr. Hughes's employment?
11 A  No.
12 Q  When did you speak to -- when did you very
13 first speak to the people at HUD, any of them, about
14 Mr. Hughes and the separation of Mr. Hughes's employment?
15 A  I would have to say when the auditors asked me
16 about his firing.
17 Q  Okay. And these were the auditors from the
18 OIG?
19 A  That's correct..
20 Q  And when was that?
21 A  Sometime between, I would say, August and
22 October of 2003.
23 Q  2003, this past year?
24 A  Yeah.
25 Q  And what did they ask you?

Page 63

1  A  They asked me if I thought --
2  Q  Strike that.
3     Was this a meeting or was this on the
4  telephone?
5  A  No. This was a meeting face-to-face.
6  Q  And were all of them present?
7  A  As far as I recall, yes, all three were
8  present. I don't recall if Mike was there or not, but I
9  think he was.
10 Q  And where was the meeting?
11 A  Back in the employee lunchroom.
12 Q  Okay. And how did you happen to be in the
13 employee lunchroom with the auditors?
14 A  I'm the one that gave them the key. I'm also
15 responsible for keeping that area clean. But they did ask
16 if they could talk to me.
17 Q  And did you know what they wanted to talk to
18 you about, when they asked if they could talk to you?
19 A  No.
20 Q  And what did they ask you?
21 A  They asked me a lot of things.
22 Q  I'm interested in what they asked you about
23 Mr. Hughes, Mr. Hughes's employment or separation.
24 A  They asked me what I thought about Mr. Hughes
25 being fired, and I said I think he got a raw deal.

Page 64

1  Q  What else did you say?
2  A  That's all I said.
3  Q  Did they say anything else?
4  A  I think they said something to -- I think they
5  said something to the effect that, well, that doesn't
6  really concern us, after I gave them the answer. I think
7  that's what they said.
8  Q  Other than that conversation sometime between
9  August and October of 2003, did you have any other
10 conversations with any government official about Mr.
11 Hughes, or the separation of Mr. Hughes's employment?
12 A  No.
13 Q  Have you had any conversations with any
14 government official, state or federal, about the scattered
15 site project, and implementation of the scattered site
16 project?
17 A  Yes. Another auditor from the IG's office.
18 What's his name? Bob, I want to say Ducci. Don't ask me
19 how to spell it. He did ask to speak with me, and I met
20 him in the community room. He asked me specifically about
21 the scattered sites, and I wasn't able to give him a lot of
22 information because I'm not privy to a lot of information.
23 Q  When was this conversation?
24 A  November or December.
25 Q  Of 2003?

Page 65

1  A  Yes.
2  Q  And to the best of your recollection, what did
3  he ask you?
4  A  He asked me if I had anything to do with the
5  RFPs for the contract for all of the scattered site
6  housing, which I did not. He asked me if I was the clerk
7  of the works, or if I had done any of the clerk of the
8  works over there, and I said no, I did not.
9     What else did he ask? I know he asked me
10 something else. I know he asked me something else, but it
11 was something along the same lines that I just told you. I
12 can't remember exactly what else he asked me. I'm sure he
13 has documentation of that.
14 Q  You've never spoken to anyone at the -- strike
15 that.
16    Did you speak to anyone at the Department of
17 Justice in the summer of 2002 about Mr. Hughes, the
18 separation of Mr. Hughes's employment, this lawsuit, or the
19 scattered site project?
20 A  No.
21 Q  Okay. So the first contact you had -- have you
22 had any contact with the Department of Justice?
23 A  Never.
24 Q  Have you spoken to the CCLU?
25 A  If you can tell me what CCLU is.

17 (Pages 62 to 65)

Brandon Smith Reporting

016d1f1c-1187-4048-aa77-da35e6daa27e

Page 66

1  Q  Connecticut Civil Liberties Union.
2  A  No.
3  Q  Have you spoken to Phil Tegler?
4  A  No. I never heard of him.
5  Q  Have you talked to Shelly White?
6  A  Never. I heard her name, but I've never talked
7  to her.
8  Q  You raised her name earlier, didn't you?
9  A  Yes.
10 Q  And do you know who she is?
11 A  I know she was a lawyer, I believe from legal
12 aid, or something like that, who was with the Department of
13 Justice. I think with the Department of Justice on the
14 discrimination lawsuit.
15 Q  How do you know that?
16 A  I have been told that by Anthony, by several
17 people. And it may even be in the settlement agreement. I
18 can't recall.
19    MS. WALKER: Off the record.
20    (Discussion off the record.)
21 Q  (By Ms. Walker) In the documents that you
22 produced, Mr. Smith, do any of these have any relationship
23 to the scattered site project?
24 A  No. I don't think so.
25    MR. CHIMES: I think the settlement agreement

Page 67

1  is one.
2     THE WITNESS: Yeah. The settlement agreement,
3  yeah.
4  Q  (By Ms. Walker) Other than the settlement
5  agreement?
6  A  I don't think so.
7  Q  Do you want to take a look at the documents to
8  make sure?
9  A  Yeah. I'll double check. You don't need that
10 in there, do you? I guess you do. That's the subpoena.
11 Q  Was it in there?
12 A  Yeah.
13 Q  Leave it in there.
14    MR. CHIMES: Leave it intact.
15    THE WITNESS: There's a settlement agreement.
16 Q  (By Ms. Walker) Just read it, and if you will,
17 identify for the record anything that is related to the
18 scattered site project.
19 A  The settlement agreement is related.
20 Q  Okay.
21 A  No. There's nothing here, and I've never had
22 any documentation, or anything of that nature, on the
23 scattered sites, except for that settlement agreement.
24 Q  Have you had any discussions with the auditors
25 at OIG, or anyone else at OIG or HUD or DOJ about the

Page 68

1  settlement agreement?
2  A  Well, it depends on what you mean by the
3  settlement agreement. I talked to that Bob Ducci about the
4  scattered sites.
5     As far as the settlement agreement itself,
6  well, I think I told one auditor off the cuff, My daughter
7  could have agreed to that settlement. You know?
8  Q  Who was that auditor?
9  A  I think it was Bob Ducci. I think. I don't
10 remember. I don't even know if I said that to them. I
11 might have said it to someone else.
12 Q  What did you say to Mr. Ducci about the
13 scattered site project?
14 A  I just answered his questions.
15 Q  Which were what?
16 A  He asked me about, if I did anything with the
17 RFPs, if I did any of the clerk of the works, and I can't
18 honestly remember what else he asked me, but I know he took
19 down all of the notes, and I know he's got documentation.
20 Q  Did any of those people ever ask you about
21 Mr. Vasiliou's intent to comply with the settlement
22 agreement?
23 A  No.
24 Q  Did any of them ever ask you about the
25 conversation between Mr. Hughes, Mr. Vasiliou, or the

Page 69

1  confrontation between Mr. Hughes, Mr. Vasiliou, and
2  Mr. Kuncas?
3  A  No.
4  Q  Did you share any of that conversation with
5  them?
6  A  Yes. I did tell them that -- that Jack had
7  told Al Kuncas that he was going to have to go to the
8  Department of Justice, or that he might have to go to the
9  Department of Justice, or something of that nature, the
10 federal authorities. And a week later, he was fired. I
11 did tell them that.
12 Q  When did you tell -- you told that to OIG?
13 A  Yes.
14 Q  When did you tell them that?
15 A  I don't remember.
16 Q  Was it in the August to October of 2003 time
17 frame?
18 A  It could have been. I don't remember. I
19 honestly don't remember when it was.
20 Q  Did you have any other conversations with OIG,
21 DOJ, or HUD, or any other government or state official
22 about Mr. Vasiliou and the settlement agreement of the
23 scattered site project?
24 A  No. Not that I can recall.
25 Q  So there were only two conversations? The one

Page 70

1  in October or August of 2003, and then some other
2  conversation?
3    A   Right. And Bob Ducci, yeah. As far as I can
4  recall, that's it, yeah. I really haven't had a lot to do
5  with the scattered sites.
6    Q   Do you know if any of those conversations were
7  in the summer of 2002?
8    A   Of 2002?
9    Q   Yeah.
10   A   No.
11   Q   Okay. Were you aware that the Department of
12 Justice concluded that there was insufficient evidence, if
13 you will, that the Milford Housing Authority was not
14 complying with the settlement agreement?
15       MR. CHIMES: Objection to the form. That is a
16 gross mischaracterization.
17       THE WITNESS: I have no idea.
18   Q   (By Ms. Walker) You have no knowledge of what
19 the Department of Justice may or may not have concluded
20 about the expressions of opinion that Mr. Vasiliou didn't
21 -- strike that.
22       You have no knowledge about the Department of
23 Justice's conclusions, with regard to how Mr. Vasiliou was
24 handling the scattered site project?
25   A   I have no knowledge of any conclusions from

Page 71

1  anybody on the scattered sites. I'm not privy to that type
2  of information.
3    Q   Did you discuss Mr. Schukoske with HUD or OIG
4  or the Department of Justice?
5    A   Yes.
6    Q   And when?
7    A   At the same time they interviewed me back
8  between August and October, something of that nature. Like
9  I said, I don't remember when -- I talked to the guys a
10 lot, but we talked about everything.
11       But John Schukoske, I did have a conversation
12 about John Schukoske with the OIG's office.
13   Q   And what did you tell them?
14   A   I told them -- they asked me if I had an RFP
15 for the clerk of the works, and I said no. That as far as
16 I know, there was never an RFP done.
17       I told them that Anthony -- or that John
18 Schukoske used to work for Anthony's wife, and that I
19 believe that Anthony and John Schukoske were friends,
20 because John Schukoske calls him Donny. And I've never
21 heard of Anthony called Donny, until John Schukoske came.
22   Q   And what was their response when you told them
23 that?
24       MR. CHIMES: Objection. I'm not sure that
25 their response -- I know they haven't asserted any

Page 72

1  privilege, but I think we are getting a little far afield.
2  Certainly --
3        MS. WALKER: I'm almost done, Lew. Let me --
4        MR. CHIMES: I understand, but you're --
5  there's a protective order. Okay. Go ahead.
6    Q   (By Ms. Walker) What was their response?
7    A   To be perfectly honest with you, I don't recall
8  exactly what they had to say, and I really am trying, too.
9    Q   Did you provide them with documents related to
10 Mr. Schukoske?
11   A   No. I don't have any documents.
12   Q   Did you tell them that Mr. Schukoske had taken
13 over the duties of Mr. Hughes?
14   A   No. I told them that John Schukoske took over
15 the duties of the clerk of the works, which I was doing,
16 and that John D'Emilia & Associates, specifically Mark
17 Bakstis, had taken over the modernization.
18   Q   And did Mr. Hughes and you discuss who should
19 perform the clerk of the works job?
20   A   Jack had told me a couple of times that he
21 would be the one doing the clerk of the works
22 responsibilities.
23   Q   When did he tell you that?
24   A   He told me that on several occasions. I can't
25 tell you when.

Page 73

1    Q   Was this shortly prior to his separation of
2  employment?
3        MR. CHIMES: Objection to the form.
4        THE WITNESS: I don't think so, because
5  Harrison Avenue -- the project at Harrison Avenue was
6  getting ready to be started.
7        And my understanding was that he was going to
8  be the clerk of the works at Harrison Avenue, and then I
9  assumed that he would also be the clerk of the works at the
10 scattered sites, when that project came up.
11   Q   (By Ms. Walker) What was the basis of your
12 understanding that he would perform the clerk of the works
13 function?
14   A   He told me that.
15   Q   Anything else?
16   A   Anything else pertaining to what?
17   Q   Other than him telling you that he was going to
18 perform clerk of the works functions, was there any other
19 reason to believe that that was his responsibility?
20   A   No.
21   Q   Okay.
22       MS. WALKER: I don't have anything further.
23       MR. CHIMES: I have no questions.
24       (The deposition concluded at 3:56 p.m.)
25

```
                                Page 74                                           Page 76
 1          JURAT                                   1          STATE OF CONNECTICUT
 2                                                  2
 3                                                  3      I, Kelly E. Yarasavych, a Notary Public duly
 4      I, Dion Smith, do hereby certify that the   4   commissioned and qualified in and for the State of
 5   foregoing testimony given by me on February    5   Connecticut, do hereby certify that pursuant to notice
     26, 2004, is                                   6   there came before me on the 26th day of February,
 6   true and accurate, including any corrections       2004, the
     noted on the                                   7   following-named person, to wit: DION SMITH, who
 7   corrections page, to the best of my knowledge      was by me
     and belief.                                    8   duly sworn to testify to the truth and nothing but the
 8                                                  9   truth; that he was thereupon carefully examined upon
 9                                                      his
10                                                 10   oath and examination reduced to writing under my
11   _____                       11   supervision; that this deposition is a true record of the
12          Dion Smith                             12   testimony given by the witness.
13                                                 13      I further certify that I am neither attorney nor
14                                                 14   counsel for nor related to nor employed by any of the
15                                                 15   parties to the action in which this deposition is taken,
16                                                 16   and further that I am not a relative or employee of any
17     Subscribed and sworn before me on this ___  17   attorney or counsel employed by the parties hereto, or
18   day of _____ 2004.                   18   financially interested in this action.
19                                                 19      IN WITNESS THEREOF, I have hereunto set my
20                                                      hand
21   My Notary Expires: _____.           20   this      day of       ,
22                                                 21
23                                                 22        Kelly E. Yarasavych, Notary Public
24                                                 23   My Notary Expires: May 31, 2007
25                                                      License Registration Number: 00058
                                                   24
                                                   25

                                Page 75                                           Page 77
 1       CORRECTION SHEET                           1             Kelly E. Yarasavych
 2                                                               Brandon Smith Reporting Service
 3      I, Dion Smith, do hereby certify that the   2            44 Capitol Avenue
 4   following corrections and additions are true                Hartford, CT 06106
 5   and accurate to the best of my knowledge and   3            (860) 549-1850
     belief.                                        4
 6                                                  5
 7   CORRECTION    PAGE    LINE    REASON               March 5, 2004
 8                                                  6
 9                                                  7   GARRISON, LEVIN-EPSTEIN,
10                                                      CHIMES & RICHARDSON, P.C.
11                                                  8   LEWIS H. CHIMES, ESQ.
12                                                      405 Orange Street
13                                                  9   New Haven, CT 06511
14                                                 10
15                                                 11   Dear Mr. Chimes:
16   DATE                                          12   Enclosed please find your copy of the deposition of
17      At         in said County of    ,               Dion Smith, taken on February 26, 2004.
18   this    day of    , 2004, personally appeared 13
19   Dion Smith, and he made oath to the truth of       The original jurat and errata sheets are also enclosed.
     the foregoing                                 14   Please note that the witness is allowed 30 days to read
20   corrections by him subscribed.                     and
21                                                      sign the deposition as the rules provide.
22   Before me,       , Notary Public.             15
23                                                      Please return only the original notarized jurat and
24       My Notary Expires:                             errata
25                                                 16   sheets to Attorney Walker for filing, along with a copy
                                                        to
                                                        all counsel present. Thank you for your prompt
                                                        attention
                                                   17   to this matter.
                                                   18   If you have any questions, please call me.
                                                   19
                                                   20   Sincerely yours,
                                                   21   Kelly E. Yarasavych, LSR, 00058
                                                        Court Reporter
                                                   22
                                                   23
                                                   24
                                                   25
```

**A**
able 64:21
about 8:17 10:2 13:8
   14:24 18:6,17,21
   25:9 28:18,21 29:9
   29:10,14,15,19 30:2
   30:12,23 31:21 32:2
   32:4,9 35:11 37:7,8,9
   37:9,19,24 38:4 39:7
   42:19 43:1,3,11 44:5
   45:12 49:6 50:6,8,11
   50:17,19,23 51:2,7
   54:9,11 55:5,8,21,23
   56:1,12 57:10,10
   58:20 60:25 61:1,3,4
   61:4,6,20 62:9,13,16
   63:18,22,24 64:10,14
   64:20 65:17 67:25
   68:3,12,16,20,24
   69:22 70:20,22 71:10
   71:12
above-captioned 78:9
accident 31:2,3,22,23
accurate 7:11,15 11:8
   11:23 13:3 34:16
   44:6 74:6 75:4
Act 57:22 58:18
action 1:6 76:15,18
activities 14:21
actual 23:21,24
actually 34:14 35:10
add 23:10,12,15,17
addition 5:16 34:1,13
additional 16:9 17:7
   39:17
additions 75:4
admissable 46:7,23
admissible 11:25 45:8
   46:11
admissions 37:20
affirmatively 6:20
afield 72:1
after 16:1,10 23:13,14
   30:22 31:2 35:21,22
   38:21 41:21 43:4
   51:25 53:14,18 54:22
   56:6,8 57:2 61:7,9
   64:6
again 26:12 27:13
   29:12 41:22 42:6
   60:24
against 6:5 37:13 44:12
   50:14 53:20
age 44:12
agencies 56:12 60:13
ago 28:10 29:13 30:19

30:25 31:9,12,18
   50:6
agree 7:1,4,6 38:2
agreed 4:12 43:13,17
   50:15 68:7
agreement 49:15 50:4
   50:12,18,19,21,23
   51:8 52:14,21 53:5,9
   56:22 66:17,25 67:2
   67:5,15,19,23 68:1,3
   68:5,22 69:22 70:14
ahead 34:6 58:9 72:5
aid 57:20 58:16 66:12
al 42:14 69:7 78:4
allegations 32:14
alleged 32:15
allegedly 55:4
allowed 77:14
allows 60:17
almost 32:7,8 35:24
   72:3
along 14:12 22:3 65:11
   77:16
already 26:13 37:15
   44:21 48:18,21 52:15
   52:17 61:1
always 58:2
AMENTA 1:9
ANDERSEN 1:8
angry 48:9
Anne 2:9 6:3
Another 64:17
answer 6:9,23 8:25
   11:9,23 12:7 13:10
   14:24 16:3 23:4 24:5
   24:16 26:16 34:5,10
   35:4 40:14,16 56:24
   57:24 58:24 59:16
   61:13 64:6
answered 44:21 52:16
   52:17 68:14
answers 4:7 6:14
Anthony 1:8 2:12 9:16
   14:16 17:3,24 18:21
   20:3,12 22:9 26:2,9
   27:7 38:14,19 39:15
   40:8 41:3,6 42:22
   43:7,21,25 44:18
   47:5 48:6,9 49:2,11
   50:5,8,11 51:14
   52:20,23 57:9 66:16
   71:17,19,21
Anthony's 18:19 20:10
   20:18 38:22 71:18
anybody 71:1
anyone 18:14 19:10,11

22:7 23:6 26:8 27:3,5
   27:6,6 35:19 37:6
   56:10 65:14,16 67:25
anything 9:21,24 12:20
   13:1 14:22 17:7
   20:20 21:10 24:24
   32:24 33:21 37:23
   38:4 39:6 43:1,21
   48:4 49:9 50:21
   55:16 57:3,15 58:9
   64:3 65:4 67:17,22
   68:16 73:15,16,22
appear 11:12
APPEARANCES 2:1
appeared 75:18
applicable 4:9
appropriate 11:12
   34:20 35:18,19 36:2
   36:7
approving 15:13
architect 43:7
area 63:15
around 24:10
arrived 39:25 40:4
asked 4:7 17:4 18:25
   19:18 20:4 23:9,10
   35:7,11,11,13 39:17
   48:2 57:9,19 61:1
   62:15 63:1,18,21,22
   63:24 64:20 65:4,6,9
   65:10,12 68:16,18
   71:14
asking 11:22 12:3
asks 20:12
asserted 71:25
assist 21:19 22:11,19
   22:23
Associates 17:25 72:16
assume 6:23 10:19
   12:24 26:9 60:20
assumed 73:9
attach 78:16
attached 78:12
attended 57:2
attending 18:5
attention 77:16
attest 14:4
attorney 3:13 6:4 8:4
   49:21 56:11 60:8
   76:13,17 77:16
attorneys 4:4 60:15
auditor 64:17 68:6,8
auditors 62:1,3,15,17
   63:13 67:24
August 62:21 64:9
   69:16 70:1 71:8

authorities 42:20 48:8
   69:10
authority 1:7 4:13 6:6
   9:13 10:18,25 14:19
   15:19 16:1,4,6,6
   19:11,11,12,14,19
   23:5 27:7 29:10,14
   32:5,10,25 34:22
   35:20,24,25 36:21
   37:8,20,24 38:4,24
   39:4 49:6 50:14 51:9
   53:21 54:15 56:21
   59:3 61:9 70:13 78:3
Avenue 1:24 73:5,5,8
   77:2
aware 7:12 12:23 16:22
   16:23 19:9 26:10
   30:14 32:3,12,21
   38:6 47:5 49:14
   58:15 59:7,11,19
   70:11

**B**
back 20:6 42:6 60:5
   63:11 71:7
background 12:1
backtrack 54:20
bad 44:9
Bakstis 17:24 72:17
basis 9:10 11:13 24:18
   26:1 58:24 73:11
become 7:14 19:24
becomes 60:21
before 1:15 4:14 6:7
   42:15 51:25 52:2,3,4
   54:22 74:17 75:22
   76:6
behave 56:19
being 30:15,17,19
   45:21 51:8 60:14
   63:25
belief 24:18 45:5 74:7
   75:5
believe 10:20,24 14:9
   20:4 28:9 29:15
   31:16 32:6 40:8,11
   41:6 42:2,3,11 44:4
   45:12,14,18 46:2
   47:1 49:11 56:20
   57:15 66:11 71:19
   73:19
believed 29:22
best 25:19 34:2 37:7
   38:11,13 65:2 74:7
   75:4
between 4:12 9:25

14:15 38:17 53:25
   54:6,13,17 62:21
   64:8 68:25 69:1 71:8
bit 13:2,5 51:2
Board 9:16 15:12
Bob 64:18 68:3,9 70:3
bought 51:1,2,16
Brandon 1:23 77:1
   78:19
break 7:6,7 47:12
   51:11 56:16 60:6
Briarwood 10:5
brick 17:11
briefly 50:7 53:19
broken 36:8
brought 6:5 8:4,5
   44:14
budget 22:13,15,18
budgetary 39:5,9 42:11
   42:12 45:22 46:1
   47:21 48:16,24 49:12
budgets 22:17
build 49:17 51:15,16
building 53:12
burdensome 12:3
business 16:18 29:7
   54:11
buy 49:18
buying 50:13,24 51:15
   52:24

**C**
call 28:11,12 31:20,20
   33:16 35:12,22 38:14
   42:4,4 77:18
called 27:4 28:13 30:22
   31:21 33:14 34:15
   42:6,6 53:18 71:21
calling 35:21
calls 18:21 33:15 34:14
   34:16,19 35:8,14,17
   35:23 71:20
came 71:21 73:10 76:6
CANELLI 1:9
capacity 18:2 23:24
Capitol 1:24 77:2
car 40:17
card 56:7,7
care 14:11,20,21,22
   16:18,19 25:13,21
   28:25
carefully 76:9
case 11:14 12:13,16
   31:25 37:11,13,13
   46:20 55:16,18 78:3
   78:9

**CCLU** 65:24,25
**celebrate** 37:5
**center** 13:25
**Certainly** 72:2
**certify** 74:4 75:3 76:5 76:13
**chance** 59:9
**charge** 44:1
**check** 27:20 67:9
**checked** 78:9
**children** 29:4
**Chimes** 2:4,5 5:24 8:24 9:8 11:2,9,11,17,24 12:6,9,13 13:6,11 16:2 18:11 21:13 23:3 24:4,15 26:7,15 31:8 32:11 33:19 34:4,9 35:2 36:3,8 37:10,15,25 41:11 43:16,23 44:20 45:1 45:7,17,23 46:6,11 46:17,22 48:17,20 49:8,10 51:10 52:15 55:15,19 56:23 57:23 58:5,8,23 59:1,14,22 60:2,23 61:12 66:25 67:14 70:15 71:24 72:4 73:3,23 77:7,8 77:11
**choice** 46:3
**Christmas** 36:20 37:5
**circumstance** 47:9
**Civil** 1:6 66:1
**claim** 58:23,24
**claiming** 59:14,15
**claims** 14:22 15:10,11 37:25 58:9
**clean** 63:15
**clear** 6:24 53:24 54:5,8 54:12 61:10
**clerk** 17:9,15,22 18:2,9 65:6,7 68:17 71:15 72:15,19,21 73:8,9 73:12,18
**client** 56:15
**client's** 12:12
**closely** 22:7
**closest** 31:17
**Club** 36:17,18
**coach** 36:11
**Cole** 1:17 60:1,3,5
**come** 7:22 15:14 35:7
**comes** 16:17 59:21
**commenced** 5:1
**commissioned** 76:4
**Commissioner** 4:14

**commissioners** 6:6 9:17 15:12 33:1 37:9 56:20
**commissions** 29:10
**communications** 5:10 5:12,18
**community** 64:20
**companies** 17:1,2
**complaint** 32:13
**completed** 25:18,20
**completion** 25:17
**complied** 51:8
**comply** 53:4,8 56:22 68:21
**complying** 52:13,20 70:14
**concern** 64:6
**concluded** 70:12,19 73:24
**conclusions** 44:5 70:23 70:25
**conditions** 51:3
**conduct** 22:8 56:19
**confidence** 60:19
**confrontation** 43:7,14 55:4 69:1
**connect** 59:5,8,12
**Connecticut** 1:1,16,17 1:24 66:1 76:1,5
**connection** 12:16
**construction** 17:1,2,2 18:3,5
**contact** 35:25 36:2,7 53:16 65:21,22
**contacting** 17:4
**contained** 11:8
**contents** 5:15 48:21
**continually** 60:24
**continue** 21:23
**contract** 39:13 65:5
**contractor** 18:5 19:20
**contractors** 20:5
**control** 9:5
**controls** 18:6
**conversation** 30:24 31:11 33:2,4 39:10 40:3 43:2 44:5,18 47:14,17,19 48:4,13 53:3 64:8,23 68:25 69:4 70:2 71:11
**conversations** 14:17 29:8,14,19 37:6 53:25 54:4,6,13 60:13 64:10,13 69:20 69:25 70:6
**cop** 44:9

**cops** 44:9
**copy** 7:22 10:17 13:21 13:24 50:3 77:12,16
**correct** 7:5 8:5,6,12,13 18:13 22:5,6,13,14 23:9 34:17 36:14,15 39:8 41:15 48:25 55:11 62:1,19
**CORRECTION** 75:1,7
**corrections** 74:6,7 75:4 75:20
**correctly** 40:7
**correspondence** 9:25
**costs** 51:16
**counsel** 4:12 76:14,17 77:16
**County** 75:17
**couple** 17:9 28:8,9 30:22,24 31:2,9,12 42:5 50:6 53:17 72:20
**course** 6:13 33:24 57:1
**court** 1:1,15 4:6 5:3,6,6 5:14,16 6:9,19 60:16 60:23 77:21 78:16
**CROSS** 3:2
**CT** 2:5,9 77:2,9
**cuff** 68:6
**currently** 21:14
**custody** 9:5
**cutting** 14:23 24:23 27:15
**CV** 12:20
**C0LE** 2:8

---
**D**

**daily** 21:16
**Date** 75:16 78:7,20
**dates** 13:2,4 17:21 28:9
**daughter** 61:17 68:6
**Dave** 62:5
**David** 38:19,24 49:2,12
**day** 38:8,15,25 43:3,4 56:8 74:18 75:18 76:6,20
**days** 25:19,20 30:22 77:14
**deal** 63:25
**Dear** 77:11
**death** 23:13
**December** 28:3 31:4,6 31:19 33:2,4 36:1,4,5 36:6,13 54:1,7,14,18 54:22 64:24
**decent** 27:1
**decision** 20:8

**defamation** 32:13
**defamatory** 32:15
**defects** 4:17
**Defendant** 4:5
**defendants** 1:10 2:7 5:13 6:4 7:21 8:11 10:14 13:16,24
**definition** 16:14,16
**deliver** 39:18 40:21 41:3,8
**delivered** 39:24 41:2
**denied** 23:11
**department** 5:10,19,19 14:10,20 23:10 42:21 49:19,22 61:19 65:16 65:22 66:12,13 69:8 69:9 70:11,19,22 71:4
**departmental** 22:12,15
**depend** 16:14
**depends** 68:2
**deponent** 5:2 78:15
**deponent's** 5:9,18
**deposed** 6:7 29:23,24 30:15,17,20 32:15
**deposes** 5:3
**deposition** 1:15 4:14,21 5:1,6,15,17,22 6:13 7:14 30:2,6,9 32:18 32:19 57:16,18 58:7 59:24 60:9,12,18 73:24 76:11,15 77:12 77:14 78:7
**description** 3:11 13:13 13:25 14:2 21:1
**descriptions** 13:3
**details** 31:23
**devices** 18:6
**DeVito** 55:14,17,20,23 56:1
**different** 15:5,8 46:21
**Dion** 1:15 2:3 3:4 5:2 74:4,12 75:3,19 76:7 77:12 78:7
**DIRECT** 3:2 6:1
**directed** 4:9
**directing** 11:23 13:9
**director** 21:20,21 22:3 22:4,12,19 25:3,5 33:1
**disclosed** 5:13
**disclosing** 60:22
**disclosure** 32:12
**discovered** 11:18
**discovery** 11:18,25 32:18 37:12,16 45:8

46:7,23
**discriminated** 44:12
**discrimination** 59:18 66:14
**discuss** 33:18 40:25 53:20 71:3 72:18
**Discussion** 66:20
**discussions** 30:12 50:17 67:24
**DISTRICT** 1:1,1
**document** 10:15 12:20 13:23 14:14 50:10
**documentation** 65:13 67:22 68:19
**documented** 24:9,20,21
**documents** 3:10 8:5,8 8:14,22 9:4,10,11 13:18 16:18 66:21 67:7 72:9,11
**doing** 12:3 15:10,11 17:11,12 18:1 23:24 24:2 27:21 28:15 29:16,16,16 33:20 37:15 72:15,21
**DOJ** 67:25 69:21
**dollars** 50:16
**done** 20:3,7 21:6 24:9 24:10 26:3,10 38:21 65:7 71:16 72:3
**Donny** 18:21 71:20,21
**door** 40:8,10,12,14,16 41:5
**double** 67:9
**down** 51:11 54:25 68:19
**drink** 20:24
**Ducci** 64:18 68:3,9,12 70:3
**Duces** 3:10 7:18
**duly** 5:3 76:3,8
**Dunn** 38:19 39:3 40:25 45:12,16,20 48:15,25 49:2,12
**duplex** 51:2
**during** 7:13
**duties** 16:21 21:2,8,10 21:11 26:12 27:9,10 27:13,14 39:17 72:13 72:15
**D'Emilia** 17:24 72:16

---
**E**

**E** 1:15,22 76:3,22 77:1 77:21 78:18
**each** 4:5,6
**earlier** 66:8

early 31:19 33:2,5
easy 62:6
**EDWARD** 1:9
effect 64:5
eight 52:6
either 31:7
eliminated 45:21
Elks 36:17,18 37:2
emergency 25:20
empathize 29:4
employed 22:5 38:23
  76:14,17
employee 9:18 39:3
  63:11,13 76:16
employees 22:20,21,24
employment 9:22 32:4
  44:19,25 45:5 47:16
  48:5 49:7 52:1 53:15
  54:5 56:13 61:21
  62:10,14 63:23 64:11
  65:18 73:2
enclosed 77:12,13
  78:11
encourage 57:20 58:17
encouraged 57:25
end 5:22
enough 13:7
entered 11:20
entire 27:25
envelope 39:18,19,22
  39:24 40:6 41:4
  78:11,15,16
equipment 19:21
errata 77:13,15 78:15
Esq 2:5,9 77:8
established 45:23
et 78:4
evaluated 20:9
even 35:23 57:8 61:2
  66:17 68:10
evening 43:2 47:15
  53:14 54:4,13
event 36:22,24
events 61:8
ever 6:7 26:8 34:18
  49:25 50:3 51:6 53:7
  53:11 58:16,20 59:5
  59:8,12 68:20,24
every 4:7
everyone 35:24
everything 14:13,24
  21:19 71:10
evidence 11:25 45:8
  46:7,24 70:12
evidently 19:25 20:1
exact 14:5 17:21 48:13

exactly 30:4 42:19 43:8
  58:7 65:12 72:8
examination 6:1 76:10
examined 76:9
except 4:9 11:21 67:23
exception 25:20 27:11
**Exclusive** 12:24
excuse 5:22
executive 33:1
exercise 57:21
exercising 58:17
Exhibit 3:10,10,11,11
  7:18,21 8:8,11 10:11
  10:14 13:13,16,24
exhibits 3:8,13 78:12
expansion 24:22
expect 23:1
expectation 40:18,22
  41:9
expending 27:20
Expires 74:21 75:24
  76:23
explain 25:8 36:1,6
express 51:6,7
expressions 70:20
extent 60:20
e-mail 20:4

**F**
face-to-face 63:5
facilities 21:20,21 22:3
  22:4,12,20 25:3,5
fact 10:22 35:10 47:3
factors 7:10
facts 45:9,10
fair 6:12 57:21 58:18
  58:21 59:9,9
fairness 32:20
fall 33:8
familiar 13:19 18:23
far 13:2,20,22 14:1,15
  15:24 17:4 18:6
  27:12,19 30:11 37:11
  56:7 63:7 68:5 70:3
  71:15 72:1
faucets 57:10
February 1:17 74:5
  76:6 77:12
federal 42:20 48:8 62:8
  64:14 69:10
feel 50:9
felt 36:6
few 36:19 54:10 57:5
field 16:19
file 12:12
filed 49:18

filing 53:20,22 77:16
financially 76:18
find 25:13 77:12
fine 5:24 59:22
fired 19:25 24:11 27:6
  39:7 42:2,10,12,13
  42:25 43:6,12,14
  44:5 63:25 69:10
firing 62:16
first 13:20 43:10 57:6
  62:13 65:21
five 57:13 60:5
Five-page 3:11 13:13
floor 17:10
folder 3:10 8:4,5,8,10
followed 20:17,18
following 75:3 78:9
following-named 76:7
follows 5:4 20:22 57:19
fond 53:19
foregoing 74:5 75:19
forget 34:3
form 4:10 8:24 16:2
  18:11 21:13 23:3
  24:4 26:7,15 31:8
  33:19 34:4,9 35:2
  36:3 41:11 43:16,23
  44:20 45:1,17 46:22
  48:17 49:8 51:10
  52:15 53:16 56:23
  70:15 73:3
four 52:5
frame 69:17
free 12:11
French 62:5
frequently 33:11
Friday 47:16
friend 33:17 54:9
friends 71:19
from 5:5 7:11 9:16
  15:11 17:18,24 25:17
  26:11 38:14 44:8
  47:12 48:12 53:6
  56:16 59:2 60:6 62:1
  62:17 64:17 66:11
  70:25 78:15
front 8:11 12:21 21:1
  48:4
full 32:11
function 25:4 73:13
functions 26:20,24
  73:18
furniture 24:23
further 4:17,20 30:12
  73:22 76:13,16

**G**
**GARRISON** 2:3 77:7
gathered 48:12
gave 15:21 31:22 47:3
  50:5 63:14 64:6
general 12:1 18:4
  20:21 61:24,25 62:2
  62:7
getting 59:2,9,9,12
  72:1 73:6
get-together 36:20
give 7:14 39:15 47:7
  50:6 58:14 64:21
given 4:7 14:5 48:15,25
  74:5 76:12
giving 7:11 18:5
glanced 50:8
go 12:6 13:6 20:5 27:20
  30:5 34:6 42:20
  54:11 58:9,10 61:11
  69:7,8 72:5
goes 37:11 46:8
going 6:23 10:13 11:4
  12:5 13:15 18:4 29:1
  29:23,24 34:22 36:18
  39:11,13,15 44:15
  47:7 48:7,8 51:15,17
  58:5,23 60:1 61:12
  69:7 73:7,17
good 13:7 44:1
government 56:12
  60:13 62:8 64:10,14
  69:21
granted 57:21 58:18
grievances 9:17
gross 70:16
guess 30:21 31:1 67:10
guys 71:9

**H**
H 2:5 77:8
half 10:9 24:11
hand 76:19
handbook 9:18
handling 70:24
Hands 27:25
hands-on 24:12,14,19
  27:17,22
happen 63:12
happened 38:11 43:4
hard 29:2
Harrison 73:5,5,8
Hartford 1:17,24 2:9
  77:2
Haven 2:5 77:9
having 5:2 15:9 29:4

42:19 54:25
Haze 17:2
head 15:16 17:14 20:19
  49:24 51:22
hear 28:24 53:7,11
heard 31:22 66:4,6
  71:21
heaters 24:22
help 24:21,24,24
helpful 6:19
her 56:5 66:6,7,8
hereto 76:17
hereunto 76:19
hero 51:17 52:25
Hey 37:4
**HILARY** 1:8
him 11:4,22,23 12:3
  13:9 28:5,8,12 29:13
  29:22,25 30:18,19,21
  30:23,25 31:20,22,24
  33:6,13,14,16,18
  34:15,18,23,25 35:7
  35:11,13,21,22 36:16
  39:1 40:23 41:24
  42:1,4,5,6,19 45:24
  48:6,7,8,9,16,22,25
  49:12 53:16,18,19
  54:4,6,8,17,21,22,24
  55:1 57:20,23 61:1
  61:12 64:20,21 66:4
  71:20 73:17 75:20
himself 5:23
hire 9:16 19:9,11 22:21
  23:2,6
hired 14:3,7 18:4,24
  19:10 27:6
hiring 19:13 22:20,23
**HOLOWINK** 1:8
home 9:4,12,14,19,20
  9:22,25 29:4 40:9,13
  40:15,19,21,23 41:1
  41:5,10,12,14
honest 7:11,14 44:16
  72:7
honestly 49:13 68:18
  69:19
hoping 40:24 41:12
hours 25:22
house 28:25 39:24 40:1
  40:4 51:1
houses 50:24
housing 1:7 6:5 9:12
  10:18,25 14:19 15:18
  16:6 19:10,14,19
  27:2,7 29:9,14 32:5,9
  32:25 34:21 35:19,24

Hughes vs Milford Housing

2/26/2004                                                                                                               Dion Smith

Page 4

| | | | | |
|---|---|---|---|---|
| 35:24 36:21 37:8,19 37:24 38:4,23 39:4 49:6,16 50:14,16 51:9 53:21 54:15 56:21 57:21 58:18,22 59:3,3,10 61:8 65:6 70:13 78:3 **HUD** 5:10,19,19 25:1,6 25:10,18,23 61:23 62:13 67:25 69:21 71:3 **Hughes** 1:6 2:3 6:5 9:22,25 11:3 13:8 14:9,12,16 15:6,14 15:18,18 16:1,10 17:8,11 27:22 28:2,2 28:7 29:9 31:5,12,18 32:13,15,24 33:11,24 34:15 35:3,6 36:13 37:19,23 38:3,8,23 38:24 39:3,25 40:3 40:19 41:1,4,9,19,21 43:5,13 44:10 47:3,4 47:15,20 48:11,14,14 48:21,24 49:3,5 50:18 51:6,19 52:19 53:14,21,25 55:4,12 56:11 61:20 62:9,14 63:23,24 64:11 65:17 68:25 69:1 72:13,18 78:3 **Hughes's** 15:22 37:9,11 40:21 44:4,24 45:5 45:21 56:13 57:2,16 57:18,24 61:3,5,8,9 61:21 62:10,14 63:23 64:11 65:18 ___ **I** ___ **idea** 24:8 44:17 45:18 70:17 **identification** 7:19 8:9 10:12 13:14 **identified** 11:12 **identify** 67:17 **IG's** 64:17 **ill** 29:5 **implementation** 56:2 64:15 **impression** 20:21 53:4 53:6 **inaccuracies** 12:4 **inaccurate** 12:22 13:2 **incident** 43:1,3 **including** 74:6 **INDEX** 3:1 | **indicates** 5:7 22:11 **indicator** 25:9 **indicators** 25:2,7,10,23 **individuals** 62:7 **information** 11:8 12:2 64:22,22 71:2 **informed** 38:22,25 60:9 **initial** 9:9 **injured** 28:23 **input** 18:5 57:12 **inquiring** 37:18 **inquiry** 11:13 **inspecting** 18:3 **inspection** 17:10,11 **inspections** 25:12 **Inspector** 61:24,25 62:2,7 **instruct** 61:12 **insufficient** 70:12 **insurance** 14:21 15:10 15:11 **intact** 67:14 **intend** 53:4,8 **intent** 56:21 68:21 **intention** 51:14 52:13 52:20,24 53:12 **interested** 29:6,8 63:22 76:18 **interviewed** 71:7 **invoices** 15:14 **involve** 19:13 **issued** 7:22 **issuing** 19:19 **items** 57:12 78:9 ___ **J** ___ **J** 2:12 **Jack** 1:9 14:9,16 15:5 15:14,18,18 17:11 19:25 20:2 24:11 27:22 28:3 35:25 38:23,24,25 39:7,18 40:8 41:4 44:7,10,10 44:22 47:4 53:19 54:9,19 55:9 58:2 69:6 72:20 **Jack's** 39:12 43:12 58:23 **January** 31:19 33:2,5 **Jimmy** 29:15 37:2 **job** 3:11 13:13,24 14:2 20:25 24:2,14,14,19 26:23 45:21 57:2,5 72:19 **jobs** 58:13 **John** 1:6,8 2:3 17:24 | 18:16,22 29:16 71:11 71:12,17,19,20,21 72:14,16 78:3 **judge** 61:10 **July** 17:20 **June** 17:20 **jurat** 74:1 77:13,15 78:15 **just** 11:7 14:24 15:21 17:14 20:4 21:5 30:5 32:11 33:23 34:24 43:18 47:18 51:21 52:23 57:11 58:9 60:3 61:13,13 65:11 67:16 68:14 78:16 **Justice** 5:10,20 42:21 49:19,23 61:20 65:17 65:22 66:13,13 69:8 69:9 70:12,19 71:4 **Justice's** 70:23 ___ **K** ___ **Karen** 55:13,17 **keep** 29:3 59:2 61:13 **keeping** 63:15 **Kelly** 1:15,22 76:3,22 77:1,21 78:18 **key** 63:14 **kids** 28:25 **kind** 18:1 **knew** 48:15 **know** 12:7 13:21,22 14:14 15:24 18:14,17 18:18,22,25 22:10 25:9,11,12 26:4 27:5 27:12,19 28:15,21 30:9,15,17 32:1 33:7 33:9 34:25 35:3,5 40:15 41:13,15 43:1 43:17 44:9 45:9,10 45:14 46:14,25 47:11 49:3,17,21,22,22 50:7 51:24 52:6 53:17 54:8 57:7,9,9 58:25 60:20 63:17 65:9,10 66:10,11,15 68:7,10,18,19 70:6 71:16,25 **knowledge** 12:21 27:22 39:21 55:10 60:21 70:18,22,25 74:7 75:5 **known** 12:4 **knows** 29:24 **Kuncas** 42:14,17 43:15 48:4 55:5 69:2,7 | ___ **L** ___ **L** 4:1 **Lane** 10:5 **last** 28:1,6 30:25 54:19 55:13 56:5 59:16 62:5 **late** 31:19 33:2,4 **later** 42:25 69:10 **law** 1:16 **lawn** 14:23 24:23 27:15 **lawsuit** 5:14 28:18 29:11,20,20,30:13 32:2 34:22 37:9,21 38:5 49:18 50:1,14 53:20 53:22 54:14 55:21 60:16 65:18 66:14 **lawyer** 66:11 **lead** 56:20 **leave** 40:9 41:5 56:11 60:1,2,3 67:13,14 **leaving** 60:4 **led** 57:14 **left** 15:18 16:1,10 17:8 38:7 40:11 42:5 56:6 56:8,8 **leg** 36:9 **legal** 40:10 66:11 **less** 24:14 **let** 12:6 22:9 45:11 54:19 72:3 **letter** 9:16 13:21 40:22 41:2,3,9 47:25 48:22 **Letters** 9:16 **let's** 28:11 37:4 39:8 **LEVIN-EPSTEIN** 2:3 77:7 **Lew** 5:8 58:6 72:3 **Lewis** 2:5 77:8 **Liberties** 66:1 **License** 1:23 76:23 **lied** 47:4,5,6,10 **like** 10:16 11:7 14:15 17:13 19:21 24:23 27:24 37:3,17 38:7 42:21,24,24 49:22 51:23 57:15 61:15 66:12 71:8 **limit** 38:1 **LINE** 75:7 **lines** 65:11 **list** 15:21,22 21:8 26:11 **litigation** 37:16 **little** 13:2,4 36:20 51:2 72:1 **lived** 10:8 **LLP** 1:17 2:8 | **long** 10:8 **longer** 21:20 22:4 29:3 38:23 39:3 **look** 13:17,19 20:6,25 24:25 60:16 67:7 **looked** 14:15 **looking** 15:13 21:8 **looks** 10:16 **lost** 32:22 **lot** 12:5 24:11,21 51:3,4 51:16 54:10 63:21 64:21,22 70:4 71:10 **loud** 21:4 **LSR** 77:21 **lunch** 54:21,22,23,25 **lunchroom** 63:11,13 ___ **M** ___ **made** 32:15 34:1 48:9 61:4,7,10 75:19 **mailbox** 40:10,11 41:5 41:6 **maintained** 60:19 **maintenance** 14:10,20 14:21,23 15:1 22:20 22:21,23 23:10,20,21 23:24 24:1,3,22 25:2 25:7 26:20,23,24 27:4,8,23 **major** 21:2,8 **make** 4:6 20:12,13 22:17,18 23:6 25:19 27:1 33:23 62:6 67:8 **man** 26:23 **manager** 44:1 **managerial** 16:12,15 16:16,17 **manila** 41:4 **many** 14:25 51:18 52:25 57:14 **March** 17:18 41:21 42:3 53:25 54:6,13 54:17 77:5 **mark** 7:17 8:7 10:10 13:12 17:24 72:16 **marked** 7:18,21 8:8,11 10:11,14 13:13,16,24 **marred** 10:23 **matter** 6:4 29:23 35:10 77:17 **may** 10:23 13:2,4 29:9 37:19,23 43:13 44:17 54:20,20 55:1 57:13 66:17 70:19,19 76:23 **maybe** 57:5,7 **McCarthy** 62:4 |

McCulsky 62:4
McNulsky 62:4
mean 29:12 43:8 46:19 50:23 68:2
means 60:15
meant 19:17
mechanic 26:20,25 27:4,8
mechanism 58:21
medications 7:10
meeting 57:10 63:3,5 63:10
meetings 18:5 57:2,5
member 37:2
members 36:19
memory 10:23 34:8,11
men 15:1 24:22
mention 28:20 30:8
mentioned 43:4
messages 42:5
met 49:25 64:19
might 11:14 13:1 42:20 44:14 53:17 54:23 57:6,8 68:11 69:8
Mike 62:4 63:8
Milford 1:7 6:5 9:12 10:18,25 14:19 19:14 19:19 29:9,14 32:5,9 32:25 36:21 37:8,19 37:24 38:4 39:4 49:6 51:9,17 52:25 53:1,1 53:21 54:15 56:21 70:13 78:3
million 50:15
mind 20:24
mine 27:11
minute 11:6 13:17 21:1 56:15
minutes 38:7 54:10 60:5
mischaracterization 70:16
modernization 16:19 16:20,21 17:1 39:13 72:17
monitor 25:1,6,14,16 25:23
month 51:23 52:3
monthly 15:12 25:3 26:1
months 17:10 23:14 31:2 50:6 52:5,5,6
more 11:4 15:25 16:12 23:18 24:13,17,19 26:3 27:16 44:7 52:7 57:8

Morgan 62:4
morning 38:16,18
most 20:23 26:17 54:9
move 4:8 11:5 37:22
moving 24:22
much 27:20,21
myself 14:16,16 24:1

———— N ————
N 4:1
NAACP 49:19
name 6:3 62:5 64:18 66:6,8 78:3
narrow 58:7
nature 16:13 17:5 20:20 51:5,14 67:22 69:9 71:8
necessary 21:25 29:3
need 6:14 7:6,7 23:18 24:24 25:8,21 50:9 56:15 59:5,8,12 67:9
needed 14:11 38:19 41:16
neither 76:13
never 22:25 23:7 33:14 47:4 48:1,2 65:14,23 66:4,6,6 67:21 71:16 71:20
new 2:5 22:20,21,23 77:9
next 31:17 41:19 53:15
night 42:2,3 47:16 53:18
Noble 2:9
nodding 6:21
Nope 8:19 39:22
notarized 77:15 78:15 78:16
Notary 1:16 74:21 75:22,24 76:3,22,23
note 77:14
noted 74:6
notes 68:19
nothing 16:20 38:6 44:7 57:14 67:21 76:8
notice 4:18 76:5
November 64:24
number 1:23 10:6 22:11,19 33:14 76:23
numbered 21:9

———— O ————
O 4:1
oath 75:19 76:10
object 9:9 60:24,25

61:2,4,6
objected 57:23
objecting 61:14
Objection 8:24 16:2 18:11 21:13 23:3 24:4,15 26:7,15 31:8 33:19 34:4,9 35:2 36:3,10 41:11 43:16 43:23 44:20 45:1,17 46:6,22 48:17 49:8 51:10 52:15 55:15 56:23 58:5 70:15 71:24 73:3
objections 4:6,9 9:10 11:15,21
observations 61:1,4
observe 56:19 57:3
obviously 9:9 32:20
occasion 54:9
occasions 23:13 33:14 50:9 72:24
occurred 61:8
October 62:22 64:9 69:16 70:1 71:8
off 13:2,4 15:16 17:14 20:19 49:23 66:19,20 68:6
offer 13:21
office 10:2 12:10 38:14 38:20,21,22 42:14,23 55:3 61:25 62:1,7 64:17 71:12
offices 1:16
official 62:9 64:10,14 69:21
often 26:19
OIG 5:19 62:18 67:25 67:25 69:12,20 71:3
OIG's 71:12
OIJ 5:11,18
okay 8:1 9:21 13:19,20 14:6 15:4 21:7,18 23:23 25:16 26:11 28:4 29:19 31:20 34:13,24 37:5 38:20 41:7 42:8 49:14 53:24 55:3 56:10 62:17 63:12 65:21 67:20 70:11 72:5 73:21
once 18:15 20:8 28:9 52:7 54:22
one 11:4 13:20 14:5 27:21 44:10 57:7,7 57:10 59:16 60:15 63:14 67:1 68:6

69:25 72:21
ones 25:16
only 16:25 38:6 54:10 57:5 69:25 77:15
open 4:6 78:15
opinion 15:25 44:24 45:15 46:11,21,25 47:10 51:7 70:20
opportunity 5:14 22:25 23:2,8
opposed 6:20 19:21 23:24
Orange 2:4 77:8
order 5:5,7,11,12 25:17 59:21,25 60:10,12,14 60:23 72:5
orders 14:11 24:9,20 25:18,21
organized 36:22,24 37:4
original 77:13,15 78:11 78:12
other 8:22 9:3 10:22 15:15 17:6,13 19:1 20:6 25:16,23 26:12 27:13 32:19 36:8 44:3,4 46:3 47:9 49:20,24,25 50:24 54:3,13 56:10 57:11 57:20 58:14,17 60:15 60:21 62:6,8 64:8,9 67:4 69:20,21 70:1 73:17,18
others 51:4
out 4:8 12:3 21:4 26:14 27:20 38:25 39:13 41:8 44:9 56:12 59:23
outside 78:16
over 15:13,17 17:10 38:20 43:7,15 47:18 65:8 72:13,14,17
overly 12:2
own 22:16 60:25

———— P ————
P 4:1
package 41:4
page 3:8 7:25 21:9 57:18 74:7 75:7
painting 20:5
paperwork 27:12,14
paragraph 24:25 25:1
Pardon 23:16 31:10
particular 16:19 27:21
parties 4:13 49:25

76:15,17
party 4:5 37:7 38:5 49:20,24
passed 10:22
past 19:8 24:10 43:21 62:23
pay 39:16 47:8
people 14:25 27:8 29:16 32:14 34:21 44:2 58:21 59:2,9 60:21 62:13 66:17 68:20
percent 24:13,14,19 27:17 49:13
percentage 24:2,7
perfectly 44:16 72:7
perform 17:16 19:14 21:11,12,23 25:4 26:13,17,19 72:19 73:12,18
performance 25:1,7
performed 17:15 18:14
performing 16:21,24 18:15
period 17:16 41:22
permission 61:11
person 76:7
personal 29:6 60:25
personally 56:18,19 57:15 75:18
personnel 12:12 19:7,8 19:9,14
persons 57:20 58:17
pertain 78:9
pertaining 5:7,9,18 49:15 73:16
Phase 17:3
Phil 66:3
phone 10:6 34:14,16,19 35:14,17 38:14,25
phones 14:24
pick 61:17
place 61:5
placing 8:10
plaintiff 1:6 4:5 12:14
plan 14:21
planted 27:24
play 20:11
please 9:2 12:18 13:18 21:3 45:2 77:12,14 77:15,18
point 7:13 12:3 18:8 19:2 31:17 39:2 50:15
pointed 26:13
portion 5:21 60:18

Hughes vs Milford Housing

2/26/2004                                                                Dion Smith

Page 6

| | | | | |
|---|---|---|---|---|
| position 45:21 | qualified 76:4 | recollection 34:2 37:7 | reserving 4:8 | 54:19 |
| possession 9:4,12 | quantify 24:5 | 38:12,13 53:24 54:3 | reside 10:4 | saying 59:4 |
| possible 61:16 | question 4:7,10 6:24,24 | 54:6,12 65:2 | respect 5:6 32:25 61:23 | says 21:19 22:19 25:1 |
| post 38:14,21 51:11 | 7:3 9:1 11:5,19,20 | recommendation 20:12 | respond 6:20 | scattered 49:15 50:13 |
| potential 32:21 37:20 | 12:17 16:7 19:16,18 | 20:13,13 | response 6:20 57:19,24 | 50:23 51:18 52:25 |
| pre 51:11 | 32:23 48:20 54:2 | recommendations | 71:22,25 72:6 | 55:24 56:2 57:6 59:6 |
| preclude 7:10 | 57:19,24,25 61:23 | 20:15,17,22 22:17,18 | responsibilities 14:7,18 | 64:14,15,21 65:5,19 |
| prepare 22:15,18 | questioning 61:6 | 23:6 | 15:4,17,22,23 16:9 | 66:23 67:18,23 68:4 |
| preparing 22:12 | questions 5:7,9,17 6:14 | record 9:8 12:9 59:24 | 16:12 17:7,16,17,23 | 68:13 69:23 70:5,24 |
| present 2:11 5:17 | 6:15 13:8 21:6 60:25 | 60:4 66:19,20 67:17 | 18:9,15 19:15 21:2,9 | 71:1 73:10 |
| 14:18 41:1 52:9 55:3 | 61:2 68:14 73:23 | 76:11 | 21:23 39:12 72:22 | schedule 7:24 8:2,15,17 |
| 63:6,8 77:16 | 77:18 | records 20:6 | responsibility 19:2,22 | 8:23 9:6 |
| presently 10:4 21:15 | quickly 61:16 | RECROSS 3:2 | 19:24 23:2 73:19 | school 29:1 |
| pretext 46:8 | | REDIRECT 3:2 | responsible 14:10 | Schukoske 18:16,17,22 |
| previous 33:5 | **R** | reduced 76:10 | 21:24 63:15 | 18:23 71:3,11,12,18 |
| previously 15:22 | racial 59:17 | regard 70:23 | responsive 8:14,23 9:5 | 71:19,20,21 72:10,12 |
| principal 14:7 | raise 39:16 47:8 57:3 | Registration 1:23 | result 53:3 | 72:14 |
| prior 30:24 31:11 33:4 | raised 66:8 | 76:23 | resume 3:11 10:11,16 | screaming 48:6 |
| 43:1 53:21 59:20 | raw 63:25 | related 11:25 25:2,7 | 10:17,24 11:8,13,23 | screen 40:7,10,11 41:5 |
| 61:5 73:1 | REAC 25:12 | 35:16 45:8 46:7,23 | 12:4,20 | sealed 39:22 60:19 |
| privilege 72:1 | reaction 43:5 | 50:21,22,25 54:14 | retain 20:9 78:16 | 78:11,15,20 |
| privy 64:22 71:1 | read 8:2 21:1,5 39:19 | 67:17,19 72:9 76:14 | retained 3:13 | second 13:23 57:7 |
| probably 24:10 25:8 | 50:9 57:16 67:16 | relating 9:12,21,24 | return 34:16,18 35:17 | see 11:13 13:1 20:6 |
| 33:13 60:9 | 77:14 | 45:9 61:2 | 35:23 77:15 | 27:20 33:20 36:16 |
| problem 34:7,11 | reading 4:20 21:6 | relationship 66:22 | returned 33:15 35:8,12 | 38:20 39:25 40:17,23 |
| process 20:11 | READING/SIGNING | relative 37:25,25 76:16 | 35:13 | 41:21 54:17 |
| produced 12:9 66:22 | 78:13 | relevance 11:2,16,21 | Returning 26:11 | seek 57:25 |
| project 55:24 56:3 59:6 | ready 73:6 | 37:10 | review 5:14 11:7 25:25 | seeking 37:12 |
| 64:15,16 65:19 66:23 | real 47:21 | relevant 11:18 | reviews 25:2 | seem 54:25 |
| 67:18 68:13 69:23 | really 29:5 37:3 41:13 | remainder 59:24 60:9 | RFP 18:25 19:3,4,5,6 | seems 13:3 26:17 |
| 70:24 73:5,10 | 64:6 70:4 72:8 | 60:11 | 20:5 71:14,16 | seen 28:3 50:3 |
| prompt 77:16 | reason 7:14 10:20,23 | remember 18:7 32:8 | RFPs 15:9 19:7,8 20:3 | sent 56:6 |
| prompted 34:25 35:3,6 | 34:3 36:10 43:20 | 37:22 40:7 42:6,7,18 | 20:6 65:5 68:17 | separated 44:25 45:6 |
| proof 4:13 | 44:4,24 47:21 48:15 | 49:20,23 56:7 62:5 | Richard 1:8 23:14 | 47:22 |
| properly 78:16 | 58:14 73:19 75:7 | 65:12 68:10,18 69:15 | RICHARDSON 2:4 | separation 43:2 44:18 |
| proposal 15:10 19:20 | reasonably 11:17,24 | 69:18,19 71:9 | 77:7 | 47:15 48:5 49:7 |
| proposals 19:13 20:8 | 45:7 46:6,23 | repair 14:23 | right 4:6,8 17:14 31:2 | 51:25 53:15 54:5,14 |
| protect 58:13,21 | reasoning 43:12 | repairs 17:4 27:15 | 47:20 70:3 | 56:13 57:3 61:20 |
| protective 5:11,12 | reasons 39:5,9 42:11 | repeat 9:1 12:17 45:2 | rights 57:21 58:17 | 62:9,14 63:23 64:11 |
| 59:21,25 60:10,12,14 | 42:12 45:13,22 46:1 | 48:20 54:2 58:19 | Robinson 1:16 2:8 60:1 | 65:18 73:1 |
| 72:5 78:11 | 47:3,21 48:16,24 | rephrase 16:8 | 60:2,5 | sequence 58:1 |
| provide 6:14 72:9 | 49:6,12 56:12 | report 15:2 | role 20:11 | series 6:14 |
| 77:14 | recall 14:13,17 20:19 | reporter 1:15,22 5:3 | room 60:3 64:20 | served 32:13 |
| public 1:16 60:21 | 25:24 28:17,21 29:18 | 6:9,19 77:21 | roughly 10:9 | Service 1:23 77:1 78:19 |
| 75:22 76:3,22 | 30:11 31:1 33:3 | Reporting 1:23 77:1 | rude 29:12 | services 19:20 |
| purchasing 19:21 | 34:14 38:5,8 42:18 | 78:19 | rules 77:14 | set 76:19 |
| pursuant 76:5 | 44:13,15 47:16,19 | reports 15:12 21:17 | | settlement 49:15 50:3 |
| put 18:25 19:3,4,5,6,7 | 48:13 50:7,19 51:21 | represent 6:4 37:14 | **S** | 50:11,18 51:8 52:13 |
| 19:8,12 40:7,10 | 51:22 52:8,9,22 | REPRESENTING 2:3 | S 4:1,1 | 52:21 53:5,8 56:22 |
| 43:21 51:17,21 52:25 | 54:21,25 56:9 57:14 | 2:7 | safe 27:1 | 66:17,25 67:2,4,15 |
| 57:11 | 63:7,8 66:18 69:24 | request 12:11 15:10 | same 14:5 27:11 61:23 | 67:19,23 68:1,3,5,7 |
| P.C 2:4 77:7 | 70:4 72:7 | 19:13,20 | 65:11 71:7 | 68:21 69:22 70:14 |
| p.m 5:1 47:12,13 56:16 | receive 14:2 78:15 | requested 5:16 8:15 | sanctioned 36:21 | several 10:21 15:15 |
| 56:17 60:6,7 73:24 | received 14:14 38:14 | required 17:3 22:9 | save 5:21 | 20:3 23:13,14 24:9 |
| | recognize 13:18 | requires 25:18 | saving 12:4 | 34:1,15 35:22 50:8 |
| **Q** | recognizing 21:24 | reserves 4:5 | saw 28:1,2 36:13 41:19 | 66:16 72:24 |

| | | | | |
|---|---|---|---|---|
| share 37:23 48:21 60:20 69:4 | 64:8 | 9:9 30:21 67:10 | 35:3 39:3,6 42:16 44:11 45:25 47:24 | through 12:5,6 13:6 21:9 61:15 |
| SHEET 75:1 78:15 | sorry 16:5 28:24 45:3 46:19 | subpoenaed 31:24 | 48:3 49:5 51:13 58:4 | tie 16:18 |
| sheets 77:13,16 78:16 | sort 27:17 59:17 | subscribed 74:17 75:20 | 58:11,16 65:25 69:6 | time 10:22 12:5,8,12 |
| Shelly 49:21 66:5 | sparked 44:18 | suddenly 36:2,6 | 69:11,12,14 71:13 | 13:18 14:3,6 17:16 |
| shortly 56:6 73:1 | speak 31:12 62:12,13 | suit 16:18 | 72:12,23,25 | 19:3,4 20:23 21:5 |
| show 10:13 13:15 | 64:19 65:16 | summer 18:8 33:10 | telling 42:24 45:20 | 26:21,22 27:17,21,21 |
| showing 7:20 | specific 4:6 | 65:17 70:7 | 46:5,10,16 51:2,3 | 28:1,6 30:25 31:17 |
| sic 5:11,18 | specifically 64:20 | supervise 14:25 | 73:17 | 33:5 38:15 39:2 |
| sick 38:25 | 72:16 | supervision 76:11 | tells 44:8 | 41:19 46:17,18,19 |
| sign 77:14 | spell 64:19 | supervisor 13:25 | tenants 15:11 27:1 59:9 | 53:15 54:19 55:13 |
| Signed 78:18 | spend 50:15 | supervisory 23:23 | terminated 38:9 45:6 | 56:5 69:16 71:7 |
| significant 16:1 | spent 24:2 27:17 | supposed 49:17 | termination 11:3 45:13 | times 25:17 28:8 33:13 |
| signing 4:21 | spirit 32:11,20 | sure 7:16 12:19 15:15 | 61:3,5,9 | 33:24 34:15 35:22 |
| since 19:10 24:11 28:3 32:7 | spoke 28:1,2,6 29:13 31:5,18 34:14 42:9 | 17:13,20 25:19 27:1 32:17 33:23 38:17 | terms 53:5,8 56:22 | 72:20 |
| Sincerely 77:19 | 48:14 53:14 55:13 | 41:6 47:2 58:8 65:12 | testified 48:18,21,23 57:19 | today 7:11,22 8:5 12:10,22 15:4,8 |
| sir 22:19 32:21 | 56:5 | 67:8 71:24 | testify 31:25 76:8 | 24:11 30:15,17,20 |
| sit 12:21 41:17 44:23 45:4 | spoken 30:25 33:6 55:20,23 56:1,10 | surprised 19:17 43:9 43:10,11,18,20 | testimony 7:11,15 27:16,19 58:1 60:16 | 41:17 44:23 45:4 46:21 |
| site 49:15 52:25 55:24 | 61:19 62:8 65:14,24 | suspect 26:6 | 60:21 74:5 76:12 | together 19:12 36:19 |
| 56:2 59:6 64:15,15 | 66:3 | suspicion 57:4 | thank 41:8 49:10 56:7 | 37:4 |
| 65:5,19 66:23 67:18 | spouse 29:5 | sworn 5:3 74:17 76:8 | 77:16 | told 14:6,9 17:22 26:8 |
| 68:13 69:23 70:24 | staff 14:11 21:24 23:10 | **T** | Thanks 41:16 | 30:18,19,21,23 32:6 |
| sites 50:13,23 51:18 | 23:12,15,17,18 27:25 | T 4:1,1 | their 57:21 58:17 71:22 | 38:19 39:5,9,11,15 |
| 57:6 64:21 67:23 | 29:15 36:19,25,25 | take 11:6 12:8 13:16,18 | 71:25 72:6 | 41:3 42:10,13 43:3 |
| 68:4 70:5 71:1 73:10 | 37:1 50:6 | 14:20,21,22 15:17,25 | THEREOF 76:19 | 45:12,16,20,24 46:1 |
| sitting 54:25 | standardizing 57:12 | 16:9 21:1,5 25:12 | thereto 4:7 | 46:3 47:7 48:1,24 |
| six 52:5 57:13 | start 24:25 28:11 39:8 | 39:12 50:6 67:7 | thing 16:25 27:11,21 37:4 | 49:2,6,12 50:8,11 |
| slow 58:10 | started 73:6 | taken 1:15 4:14 25:21 | | 52:23 53:6 55:9,12 |
| small 29:4 | state 1:16 9:8 44:8 62:8 | 47:12 56:16 60:6 | things 15:15 17:5,13 | 57:23 65:11 66:16 |
| Smith 1:15,23 2:3 3:4 | 64:14 69:21 76:1,4 | 72:12,17 76:15 77:12 | 18:1 24:21 29:6 | 68:6 69:7,12 71:14 |
| 5:2 6:3 7:20 10:4 | statement 35:6 | takes 16:18,19 | 42:24 44:3 51:4 | 71:17,22 72:14,20,24 |
| 12:8,19 13:17 29:2 | statements 15:11 32:16 | taking 7:9 14:10 15:10 | 54:10 61:5 63:21 | 73:14 |
| 32:12 37:11 38:15 | 61:4,7 | 28:25 39:16 | think 11:11,17 15:15 | tool 32:18 |
| 56:18 60:8 61:19 | states 1:1 5:4 | talk 28:18 30:2 32:2,4 | 17:6,14 20:13,18 | top 12:25 15:16 17:14 |
| 66:22 74:4,12 75:3 | stay 58:6 | 33:11 34:21 35:19 | 25:8 30:8 34:20 35:9 | 20:19 49:23 |
| 75:19 76:7 77:1,12 | stayed 38:6 | 41:24 42:1 54:9,10 | 35:10,23 37:3 41:23 | topic 60:11 |
| 78:7,19 | step 5:8 | 58:20 63:16,17,18 | 43:8,25 44:1,10,13 | towers 17:10 |
| snowplowing 14:23 27:15 | still 21:22 27:16 34:21 | talked 28:5,8,21,22 | 44:14 45:19,23 46:5 | Town 53:1,1 |
| soft 51:16 | stipulated 4:4,12,17,20 | 31:23 33:13,23 38:24 | 46:9,15 47:18,21 | train 32:22 |
| sole 55:10 | stipulations 11:20 | 53:19 54:8 66:5,6 | 48:10,17 50:22 51:5 | training 14:11 21:25 |
| some 7:14 15:17 18:8 | stop 35:21 | 68:3 71:9,10 | 51:13 52:17 54:20,21 | 22:8,9 |
| 21:6 25:11 27:24 | stopped 18:9,15 | talking 18:4 21:14 25:9 | 54:23 63:9,25 64:4,4 | transcript 4:21 78:11 |
| 34:3 36:25 39:12 | stormed 42:22 | 42:23 50:23 | 64:6 66:13,24,25 | 78:12 |
| 51:4 57:1,12 70:1 | Street 1:17 2:4,8 77:8 | tanks 24:22 | 67:6 68:6,9,9 72:1 | trees 27:24 |
| someone 16:17 22:23 | strike 4:8 21:23 41:18 | taped 39:22 | 73:4 | tried 35:22,25 |
| 49:23 68:11 | 41:20 49:3 63:2 | tasks 19:14 27:18 | thinks 52:23 | trucks 19:5 |
| something 8:17 19:21 | 65:14 70:21 | Tecum 3:10 7:18 | third 7:25 57:7 | true 18:12 48:19 74:6 |
| 30:8 35:6 42:19,21 | stuff 17:1 20:2 24:12 | Tegler 66:3 | thought 32:22 34:23 | 75:4 76:11 |
| 49:22 50:15 51:14,23 | 24:14 27:24 | telephone 31:5,13 42:9 | 35:18 42:10,13 43:6 | Trumbull 1:17 2:8 |
| 64:4,5 65:10,10,11 | subject 59:25 60:10,12 | 63:4 | 44:11 46:20 48:3 | trust 44:7,7,10 47:4 |
| 66:12 69:9 71:8 | 60:14 | tell 7:4,6,13 8:20 10:14 | 51:7 58:2,11 63:1,24 | truth 45:20 46:5,10,16 |
| sometime 17:18 31:6 | submitted 10:17,24 | 11:7,24 13:17 14:1 | threat 48:7,8 | 47:3 75:19 76:8,9 |
| 33:8 38:16 62:21 | 20:9 | 24:6 28:9 29:13,22 | three 10:9 15:1 33:13 | truthful 45:16 |
| | subpoena 3:10 7:18,22 | 29:25 31:24 34:25 | 33:24 34:13 63:7 | trying 37:2 43:8 51:21 |

| | | | | | |
|---|---|---|---|---|---|
| 54:20 58:6,21 62:6 72:8 | 48:25 52:12,20 53:4 53:7,11 55:4 56:20 59:25 68:25 69:1,22 70:20,23 | 30:19,24 31:9,12,18 53:17 | works 16:18 17:9,15,22 18:2,9 27:5 65:7,8 68:17 71:15 72:15,19 72:21 73:8,9,12,18 | 2004 1:17 74:5,18 75:18 76:6 77:5,12 |
| TUCCIARONE 1:9 | | well 15:9 16:23 18:22 21:16 24:1,20 50:22 52:3 57:8 64:5 68:2,6 | | 2007 76:23 |
| turn 7:24 | | | | 203)488-4405 10:7 |
| turning 14:22 | Vasiliou's 37:12 56:2 68:21 | | wouldn't 12:6 16:24 40:9 43:18,19 | 24 25:21 |
| two 17:2 19:5 29:13 30:19 31:18 32:7,8 33:13,24 34:13 44:3 69:25 | | went 38:20,22 40:18,20 40:21 41:8 47:18 57:5,14 | | 25 25:19,20 |
| | vendors 17:4 18:4 42:23,24 | | writing 12:24 76:10 | 26 1:17 74:5 77:12 |
| | | | wrong 5:8 | 26th 76:6 |
| | Verespie 23:14 | were 3:13 7:22 14:3,6,7 15:5,5,22 16:12,23 17:3,22 18:1 29:22 30:15,17,19 39:11,13 43:11 45:20 46:5,9 46:15 47:21 48:16 49:17 50:13,24 51:3 52:10 55:3 58:21 62:17 63:6,7 68:15 69:25 70:6,11 71:19 | | 28 49:18 51:15 52:24 53:12 |
| two-month 41:22 | very 48:6 53:19 58:6 62:12 | | **X** | |
| type 71:1 | | | X 1:5,10 78:11,13,13 | 280 1:17 2:8 |
| types 57:10 | visibly 43:9 | | | |
| **U** | **W** | | **Y** | **3** |
| U 4:1 | waive 11:10 | | Yarasavych 1:15,22 76:3,22 77:1,21 78:18 | 3 3:11 10:11,14 50:15 |
| Uh-huh 6:8 | waived 4:15,18,22 11:15,21 78:13,13 | | | 3:02 47:12 |
| unable 7:14 | | | | 3:06 47:13 |
| under 5:5,11,12 7:9 76:10 | walk 59:23 | | yeah 14:9 30:8 32:6,8 35:7 52:17 55:19 58:9 62:24 67:2,3,9 67:12 70:3,4,9 | 3:15 56:16 |
| | Walker 2:9 3:13 5:5 6:2,3,12 7:17,20 8:7 8:10 9:3,11 10:10,13 11:4,6,10,15,19 12:1 12:8,11,15,19 13:9 13:12,15 16:5 18:12 21:15,18 23:7 24:8 24:18 26:8,19 31:11 32:17,24 33:21 34:7 34:10 35:5 36:5,10 36:13 37:14,18,22 38:3 41:13 43:19 44:3,23 45:4,11,19 45:25 46:8,9,13,15 46:18 47:2,14 48:19 48:23 49:9,14 51:12 51:19 52:19 55:17,20 56:15,18 57:1 58:6 58:11,25 59:5,16,17 59:20,23 60:4,8 61:10,15 66:19,21 67:4,16 70:18 72:3,6 73:11,22 77:16 | weren't 43:10 | | 3:28 60:6 |
| understand 6:13,17,21 7:3 8:18 11:11 19:16 25:6,18 28:23 29:2 34:24 37:11 44:8 58:1 61:18 72:4 | | we've 11:21 22:25 | | 3:30 56:17 |
| | | whacking 24:23 | year 24:10 26:3 50:6 51:24 62:23 | 3:35 60:7 |
| | | whatsoever 45:15 | | 3:56 73:24 |
| | | while 14:13 29:4 34:22 | years 10:9,21 32:7,8 | 30 38:7 77:14 |
| | | white 49:21 66:5 78:11 | yesterday 20:4 32:12 | 302CV1917(MRK) 1:7 |
| understanding 41:17 73:7,12 | | whole 50:9 | | 31 76:23 |
| | | wife 18:19 28:15,22,22 28:23,25 30:22,23 31:21,23 35:11,12 36:8 53:18,18 71:18 | **0** | **4** |
| understood 6:24 8:16 | | | 00058 1:23 76:23 77:21 | 4 3:11 13:13,16,24 22:11 |
| unduly 12:2 | | | 06103-3597 2:9 | |
| union 57:25 58:3,4,12 58:16,20 59:6,8,13 66:1 | | | 06106 1:24 77:2 | 405 2:4 77:8 |
| | | wife's 31:2,3 | 06511 2:5 77:9 | 44 1:24 77:2 |
| | | wish 33:18 | | 45 38:7 |
| UNITED 1:1 | | wit 76:7 | **1** | |
| units 14:22 49:18 51:15 51:15 52:24,25 53:12 | | withheld 9:10 | 1 3:10 7:18,21 21:9,9 26:11 | **5** |
| | | witness 3:2 4:8,21 6:11 9:1 12:2,17 16:4 21:16 23:5 24:6,17 26:17 31:10 32:22 33:20 36:11,12 41:12 43:17,25 44:22 45:2 45:10,18 46:25 49:11 51:13 52:17 55:7,17 56:25 59:2 67:2,15 70:17 73:4 76:12,19 77:14 | | 5 77:5 |
| unless 60:16 | | | 10 3:11 25:1 | 50 24:13,14,19 27:17 |
| until 5:14,22 17:20 47:12 56:16 60:6,23 71:21 | | | 10:00 38:17 | 549-1850 1:25 77:3 |
| | | | 100 49:13 | |
| | | | 11 24:25 | **6** |
| | | | 13 3:11 | 6 3:4 22:19 |
| upset 43:9,9 48:6,8 | | | 18 21:9 26:11 | 63-B 10:5 |
| use 19:13 21:20 | | | | 65 44:15,15 |
| used 15:14 18:18 20:2 26:2 44:8 71:18 | | | **2** | |
| | | | 2 3:10 8:8,12 21:9 | **7** |
| using 32:17 | | worded 21:22 | 2/26/04 78:7 | 7 3:10 |
| usual 11:20 | | words 6:10 48:7 | 2:06 5:1 | |
| | want 21:5 29:3 33:23 38:1,16 49:19 51:11 53:2 55:1 56:11 64:18 67:7 | | 20th 31:4 | **8** |
| **V** | | work 13:25 14:11 15:1 17:11,12 18:3,18 21:16 22:7 23:20,24 24:1,3,9,20 25:17,18 25:21 26:10 27:6,8 27:23 39:14 51:4 71:18 | 200 24:10 | 8 3:10 |
| V 1:7 78:3 | | | 2002 17:19,20 18:10,12 28:3 36:1,14 41:21 53:25 54:1,7,7,13,14 54:18,18 65:17 70:7 70:8 | 8th 41:21 42:3 |
| Vaguely 47:18 49:17 | | | | 8-percent 39:16 47:7 |
| van 19:4,5 20:3 | wanted 28:15 52:24 57:11 63:17 | | | 86 57:18 |
| various 32:14 | | | | 860 1:25 77:3 |
| Vasiliou 1:8 2:12 5:17 5:22 6:6 25:25 27:7 28:20 29:10 32:13,18 37:8,14,16 38:5 39:2 40:25 43:14 45:12,16 45:19 47:6,9 48:15 | wasn't 16:7 35:11,18 35:18 37:3 40:5,13 41:5 43:9 64:21 | | | |
| | water 20:24 24:22 | | 2003 18:8 31:6 33:12 33:24 36:4,5,6 62:22 62:23 64:9,25 69:16 70:1 | **9** |
| | way 8:16 19:17 55:16 | worked 32:7 34:21 35:19 | | 9:00 38:17 |
| | weed 24:23 | | | |
| | week 42:15,25 69:10 | | | |
| | weekly 25:3 26:1 | | | |
| | weeks 28:10 29:13 | working 15:5 27:3 | | |