UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>    Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| V. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>    Defendants. | APRIL 26, 2004 |

**DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION
OF THE COURT'S ORDER AND RULING FILED ON APRIL 14, 2004**

The Defendants in the above-entitled action hereby request partial reconsideration of the Court's Order and Ruling filed April 14, 2004 in connection with the Plaintiff's second Motion to Amend the Complaint. In support thereof, the Defendants state as follows:

1. On March 25, 2004, the Plaintiff filed a second Motion to Amend the Complaint.

2. On April 14, 2004, this Court issued an Order and Ruling on the Plaintiff's motion.

3. On April 16, 2004, the Defendants timely filed an Objection to the Plaintiff's Motion to Amend the Complaint.

4. In the Court's Order and Ruling filed April 14, 2004, the Court granted the Plaintiff's request to amend the Complaint.

5. In the Defendants' Objection, the Defendants contended that the second Amended Complaint was factually flawed because it contained two counts (Three and Four) previously

HART1-1176336-1

withdrawn by the Plaintiff (see Defendants' Objection to Plaintiff's Motion to Amend Complaint, page 16, *et seq.*, stating that the Third and Fourth Counts are improper).

6.  The Court's Order and Ruling of April 14, 2004 did not address whether the Third and Fourth Counts are properly within the Second Amended Complaint.

7.  Prior to filing this Motion, the Defendants sought clarification from the Plaintiff regarding the status of these claims. See Email, dated April 21, 2004, attached hereto as Exhibit 1.

8.  The Plaintiff failed to respond to the Defendants' inquiry regarding the status of the Third and Fourth Counts.[1]

Wherefore, the Defendants respectfully request that this Court reconsider its April 14, 2004 ruling and dismiss the Third and Fourth Counts in the Second Amended Complaint.

>                          DEFENDANTS,
>                          MILFORD HOUSING AUTHORITY, ANTHONY
>                          VASILIOU, RICHARD ANDERSEN, HILARY
>                          HOLOWINK, JOHN AMENTA, EDWARD
>                          CANELLI, JACK TUCCIARONE
>
> By: _____
>                          Richard F. Vitarelli (ct 15145)
>                          Anne Noble Walker (ct 11637)
>                          Robinson & Cole LLP
>                          280 Trumbull Street
>                          Hartford, CT 06103-3597
>                          Tel. No.: (860) 275-8200
>                          Fax No.: (860) 275-8299
>                          Email: awalker@rc.com

---

[1] On April 22, 2004, Plaintiff also filed discovery requests for interrogatories and production in this matter in violation of the Court's ruling. Defendants will object to such discovery.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, via U.S. mail, postage prepaid, on this 26th day of April, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

_____
Anne Noble Walker

## Walker, Anne Noble

**From:** Walker, Anne Noble
**Sent:** Wednesday, April 21, 2004 9:09 AM
**To:** 'Lewis H. Chimes'
**Cc:** Vitarelli, Richard; Walker, Anne Noble
**Subject:** MHA

Please confirm for me, by the end of the day if possible, that the Plaintiff does NOT intend to proceed with the Third and Fourth Counts of his Second Amended Complaint.
Thank you

**Anne Noble Walker** 

Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Direct (860) 275-8303 | Fax (860) 275-8299
awalker@rc.com | www.rc.com
Bio | Contact Card

ROBINSON & COLE
Boston  New London  Hartford  Stamford  Greenwich  New York  Sarasota