UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| V. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>Defendants. | JUNE 14, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Rules 7(a) and 56 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendants, Milford Housing Authority ("MHA"), Anthony Vasiliou, Richard Andersen, Hilary Holowink, John Amenta, Edward Canelli and Jack Tucciarone ("Defendants"), respectfully move for Summary Judgment in favor of Defendants on all counts contained in Plaintiff's Second Amended Complaint. There are no material issues of fact, and Defendants are entitled to judgment as a matter of law on each of Plaintiff's claims. In support of this Motion, Defendants submit their Memorandum of Law; Local Rule 56(a) Statement of Undisputed Facts; authenticated excerpts from the deposition transcripts of the Plaintiff John Hughes, Anthony Vasiliou, David Dunn, Dion Smith, Teresa Ewald, and Shelley White; the

HART1-1168862-2

affidavits of Anne Noble Walker, Anthony Vasiliou, Edward Canelli, John Amenta, Hilary Holowink, Jack Tucciarone and Salvatore D'Iorio, and other authenticated documentary exhibits.

WHEREFORE, Defendants respectfully request that this Motion for Summary Judgment be granted as to all counts of Plaintiff's Second Amended Complaint.

<div style="margin-left:40%">
DEFENDANTS,
MILFORD HOUSING AUTHORITY, ANTHONY VASILIOU, RICHARD ANDERSEN, HILARY HOLOWINK, JOHN AMENTA, EDWARD CANELLI, JACK TUCCIARONE,

By: _____
Richard F. Vitarelli (ct 15145)
Anne Noble Walker (ct 11637)
Michael G. Petrie (ct 22789)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: awalker@rc.com
</div>

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 14th day of June, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Anne Noble Walker