UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>    Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| v. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>    Defendants. | JUNE 11, 2004 |

## AFFIDAVIT OF EDWARD CANELLI

I, Edward Canelli, having been duly sworn, do depose and say as follows:

1. I am over the age of eighteen (18) years and believe in the obligations of an oath.

2. This affidavit is based on my personal knowledge and provided in support of Defendants' Motion for Summary Judgment in the above captioned matter.

3. At all times relevant to the claims and allegations contained in the Second Amended Complaint in this matter, I was an appointed member of the Board of Commissioners for the Housing Authority for the Town of Milford ("MHA").

4. As of February 2004, the following individuals were members Board of Commissioners: Edward Canelli, John Amenta, John Tucciarone, Hilary Holowink, and Salvatore D'Iorio. During the period from February 2004, through April 30 2004, I was the acting Chairman of the Board of Commissioners. As of April 30, 2004, I am no longer a member of the Board of Commissioners.

5. As of February 2004, Richard Andersen, a Defendant in this matter, was no longer a member of MHA's Board of Commissioners.

HART1-1185488-1

6. During a Board meeting which occurred on or about January 15, 2002, the Board of Commissioners voted on and approved a five-year plan and budget for the fiscal year beginning April 1, 2002.

7. The budget and the five-year plan reflected a reorganization of MHA's maintenance department, which included the elimination of the Director of Facilities Maintenance and Operations position.

8. I was not aware that John Hughes, Plaintiff in this matter, met with or spoke to personnel from the U.S. Department of Housing and Urban Development ("HUD") on or about February 19, 2004. I learned of that meeting only after receiving the Second Amended Complaint, sometime after March 24, 2004, in which Hughes alleged that he attended a meeting with HUD on or about February 19, 2004.

9. I am aware that Anthony Vasiliou, a Defendant in this matter, has filed a private lawsuit against Hughes, but I am not a party to or otherwise involved in Vasiliou's lawsuit. I was not involved in drafting that lawsuit and did not review the contents of the lawsuit.

10. Vasiliou's lawsuit was not presented to or approved by the Board of Commissioners. It was not done on behalf of MHA.

I, Edward Canelli, hereby certify that the foregoing facts are true and accurate to the best of my knowledge, information and belief.

*Edward J. Canelli*
Edward Canelli

Subscribed and sworn to before me
on this  11th  day of June, 2004

_____
Notary Public/Commissioner of Superior Court
My Commission Expires:

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 14th day of June, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Michael G. Petrie