UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>     Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| v. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>     Defendants. | JUNE 10, 2004 |

### AFFIDAVIT OF SALVATORE D'IORIO

I, Salvatore D'Iorio, having been duly sworn, do depose and say as follows:

1.  I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.  This affidavit is based on my personal knowledge and provided in support of Defendants' Motion for Summary Judgment in the above captioned matter.

3.  I have been an appointed member of the Board of Commissioners for the Housing Authority for the Town of Milford ("MHA") since December 1, 2002.

4.  I was not aware that John Hughes, Plaintiff in this matter, met with or spoke to personnel from the U.S. Department of Housing and Urban Development ("HUD") on or about February 19, 2004. I learned of that meeting only after receiving the Second Amended Complaint, sometime after March 24, 2004, in which Hughes alleged that he attended a meeting with HUD on or about February 19, 2004.

5.  I am aware that Anthony Vasiliou, a Defendant in this matter, has filed a private lawsuit against Hughes, but I am not a party to or otherwise involved in Vasiliou's lawsuit. I was not involved in drafting that lawsuit and did not review the contents of the lawsuit.

HARTI-1185646-1

      6.     MHA and the Board of Commissioners are not financing, advising or influencing Vasiliou with respect to his lawsuit.

      7.     Vasiliou's lawsuit was not presented to or approved by the Board of Commissioners. It was not done on behalf of MHA.

I, Salvatore D'Iorio, hereby certify that the foregoing facts are true and accurate to the best of my knowledge, information and belief.

_____
Salvatore D'Iorio

Subscribed and sworn to before me
on this _____ day of June, 2004

_____
Notary Public
My Commission Expires: 11/30/2004

2

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 14th day of June, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

_____
Michael G. Petrie