UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>    Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| v. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>    Defendants. | JUNE 14, 2004 |

### AFFIDAVIT OF ANNE N. WALKER

I, Anne N. Walker, having been duly sworn, do depose and say as follows:

1.  I am over the age of eighteen (18) years and believe in the obligations of an oath.

2.  This affidavit is based on my personal knowledge and submitted in support of Defendants' Motion for Summary Judgment in the above captioned matter.

3.  On September 17, 2003, and November 25, 2003, on behalf of Defendants, I attended the deposition of Anthony Vasiliou, a Defendant in this matter. True and accurate copies of select pages of Vasiliou's deposition transcript, which are cited in the Memorandum of Law in support Defendants' Motion for Summary Judgment, are attached hereto as Exhibit 1.

4.  On September 12, 2003 and on November 25, 2003, on behalf of Defendants, I attended the deposition of John Hughes, Plaintiff in this matter. True and accurate copies of select pages of Plaintiff's deposition transcript, which are cited in the Memorandum of Law in support Defendants' Motion for Summary Judgment, are attached hereto as Exhibit 6.

HART1-1185261-1

5.      On December 4, 2003, on behalf of Defendants, I attended the deposition of Shelley White, a witness in this matter. True and accurate copies of select pages of White's deposition transcript, which are cited in the Memorandum of Law in support Defendants' Motion for Summary Judgment, are attached hereto as Exhibit 7.

6.      On February 26, 2004, on behalf of Defendants, I attended the deposition of Dion Smith, a witness in this matter. True and accurate copies of select pages of Smith's deposition transcript, which are cited in the Memorandum of Law in support Defendants' Motion for Summary Judgment, are attached hereto as Exhibit 9.

7.      On November 13, 2003, on behalf of Defendants, I attended the deposition of David Dunn, a witness in this matter. True and accurate copies of select pages of Dunn's deposition transcript, which are cited in the Memorandum of Law in support Defendants' Motion for Summary Judgment, are attached hereto as Exhibit 10.

8.      On October 7, 2003, on behalf of Defendants, I attended the deposition of Teresa Ewald, a witness in this matter. True and accurate copies of select pages of Ewald's deposition transcript, which are cited in the Memorandum of Law in support Defendants' Motion for Summary Judgment, are attached hereto as Exhibit 12.

9.      On May 11, 2004, on behalf of Defendants, I attended the continued deposition of John Hughes, Plaintiff in this matter. True and accurate copies of select pages of Plaintiff's deposition transcript, which are cited in the Memorandum of Law in support Defendants' Motion for Summary Judgment, are attached hereto as Exhibit 18.

10.     During these depositions, various documents were introduced and authenticated by the deponents as follows:

   a. On September 12, 2003, during the deposition of John Hughes, the By-Laws of the Housing Authority of the Town of Milford were authenticated. A copy of this document is attached at Exhibit 3, along with a copy of the page from Hughes' deposition authenticating the document.

   b. On September 12, 2003, during the deposition of John Hughes, the 1999 Milford Housing Authority Personnel Policies manual, revised as of January 1999, was authenticated. A copy of this manual is attached at Exhibit 4, along with a copy of the page from Hughes' deposition authenticating the document.

   c. On September 12, 2003, during the deposition of John Hughes, the job description for the position of Director of Facilities Management & Operations, revised as of August 24, 1998, was authenticated. A copy of this document is attached at Exhibit 8, along with a copy of the page from Hughes' deposition authenticating the document.

   d. On September 12, 2003, during the deposition of John Hughes, a memorandum dated August 30, 2001, from Anthony J. Vasiliou to John Hughes was authenticated. A copy of this memorandum is attached at Exhibit 11, along with a copy of the page from Hughes' deposition authenticating the document.

e. On September 12, 2003, during the deposition of John Hughes, a letter dated March 8, 2002, from Anthony J. Vasiliou to John Hughes was authenticated. A copy of this letter is attached at Exhibit 13, along with a copy of the page from Hughes' deposition authenticating the document.

f. On September 12, 2003, during the deposition of John Hughes, a statement signed by John Hughes and dated March 14, 2002, was authenticated. A copy of this statement is attached at Exhibit 14, along with a copy of the page from Hughes' deposition authenticating the document.

g. On September 12, 2003, during the deposition of John Hughes, an application for employment with the Milford Housing Authority signed by John Hughes and dated October 21, 1998, was authenticated. A copy of this document is attached at Exhibit 15, along with a copy of the page from Hughes' deposition authenticating the document.

h. On September 12, 2003, during the deposition of John Hughes, a document entitled "Receipt and Acknowledgment of the Personnel Policy Manual," signed by John Hughes and dated January 29, 1999, was authenticated. A copy of this manual is attached at Exhibit 16, along with a copy of the page from Hughes' deposition authenticating the document.

i. On September 12, 2003, during the deposition of John Hughes, the 2001 Milford Housing Authority Personnel Policies manual, revised as of January 16, 2001, was authenticated. A copy of this manual is attached at Exhibit 17, along with a copy of the page from Hughes' deposition authenticating the document

j. On May 11, 2004, during the deposition of John Hughes, the Complaint filed in connection with a lawsuit brought by Anthony Vasiliou against Hughes, was authenticated. A copy of that Complaint is attached at Exhibit 17, along with a copy of the page from Hughes' deposition authenticating the document.

I hereby certify that the foregoing facts are true and accurate to the best of my knowledge, information and belief.

_____
Anne N. Walker

Subscribed and sworn to before me
on this 14th day of June, 2004

_____
Elina Moses
Notary Public
My Commission Expires: 5/31/05

5

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 14th day of June, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Michael G. Petrie

6