UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>    Plaintiff, | CIVIL NO. 302CV1917(MRK) |
| v. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>    Defendants. | JUNE 14, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that on June 14, 2004 the Defendants have manually filed the following documents:

1. Motion for Summary Judgment;
2. Memorandum of Law in Support of Motion for Summary Judgment;
3. Appendix of Unreported Authorities in Support of Motion for Summary Judgment;
4. Local Rule 56(a) Statement of Undisputed Material Facts;
5. Affidavit of Anne N. Walker;
6. Affidavit of Anthony J. Vasiliou;
7. Affidavit of Edward Canelli;
8. Affidavit of John Amenta;
9. Affidavit of John Tucciarone;
10. Affidavit of Hilary Holowink
11. Affidavit of Salvatore D'Iorio

HART1-1185733-1

These documents have not been filed electronically because the electronic file size of the document exceeds 1.5 megabytes. This document has been manually served on all parties.

DEFENDANTS,
MILFORD HOUSING AUTHORITY, ANTHONY VASILIOU, RICHARD ANDERSEN, HILARY HOLOWINK, JOHN AMENTA, EDWARD CANELLI, JACK TUCCIARONE,

By: _____
Richard F. Vitarelli (ct 15145)
Anne Noble Walker (ct 11637)
Michael G. Petrie (ct 22789)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299
Email: awalker@rc.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 14th day of June, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

Michael G. Petrie