UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------------x
| | |
|---|---|
| JOHN HUGHES, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV1917(MRK) |
| vs. | : |
| MILFORD HOUSING AUTHORITY, ET AL, | : |
| Defendants. | : June 17, 2004 |

-------------------------------------------------------------------x

**PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff, John Hughes, hereby moves for an extension of time of thirty (30) days, up to and including August 5, 2004, to respond to defendants Motion for Summary Judgment. The plaintiff's response is currently due on July 5, 2004. The undersigned has contacted defendants' counsel, Ann Walker, and she has no objection to the granting of this motion. This is the plaintiff's first such request for an extension of time.

In support of this Motion, plaintiff asserts the following:

1. Plaintiff's counsel has a Motion for Injunctive and Declaratory Relief due in the matter of <u>Breiner v. Department of Public Health, et al</u>, 3:03CV01935(MRK), that is due on June 30, 2004.

2.  Plaintiff's counsel has a full day mediation scheduled in the matter of <u>Williamson v. Stone Construction, et al</u>, CV-02-0169069S**,** on June 22, 2004 in the Judicial District of Tolland at Rockville.

3.  Plaintiff's counsel will be attending the National Employment Lawyer's Conference in San Antonio, Texas, from June 23 - June 28, 2004.

4.  Plaintiff's counsel has a vacation scheduled from July 9 - 13, 2004.

5.  Defendants Motion is forty pages long, with hundreds of pages of attachments, and raises numerous factual and legal issues.

The extension of time is necessary so that plaintiff's counsel may adequately and effectively represent Mr. Hughes, consistently with his obligations to his other clients and his law firm.

WHEREFORE, the plaintiff, John Hughes, respectfully moves for a thirty (30) day extension of time, up to and including August 5, 2004, to answer or object to the Defendants' First Set of Requests for Production.

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFF, JOHN HUGHES**

By:_____
Lewis H. Chimes
*Fed. Bar No.: ct07023*
GARRISON, LEVIN-EPSTEIN, CHIMES
    & RICHARDSON, P.C.
405 Orange Street
New Haven, CT  06511
Ph: (203) 777-4425
Fax: (203) 776-3965
lchimes@garrisonlaw.com

## **CERTIFICATION**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 17th day of June, 2004 to:

Ann Noble Walker, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Lewis Chimes