UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HUGHES | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1917(MRK) |
| | : | |
| v. | : | |
| | : | |
| MILFORD HOUSING AUTHORITY, ET AL. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Request For An Extension Of Time To Respond To Defendants' Motion For Summary Judgment [doc. # 55], dated June 17, 2004, is GRANTED. Plaintiff shall reply to Defendants' Motion for Summary Judgment on or before **August 5, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
         United States District Judge

Dated at New Haven, Connecticut: June 28, 2004.