UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------------x
JOHN HUGHES,                                    :     CIVIL ACTION NO.

        Plaintiff,                              :     3:02CV1917(MRK)

vs.                                             :

MILFORD HOUSING AUTHORITY, ET AL,               :

        Defendants.                             :     July 26, 2004
-----------------------------------------------------------------x
```

### PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, John Hughes, hereby moves for an extension of time of eight (8) days, up to and including August 13, 2004, to respond to defendants Motion for Summary Judgment. The plaintiff's response is currently due on August 5, 2004. The undersigned has contacted defendants' counsel, Ann Walker, and she has no objection to the granting of this motion. This is the plaintiff's second such request for an extension of time.

Defendants' motion raises numerous issues and the time requested is necessary for counsel to adequately and effectively represent Mr. Hughes consistent with counsel's obligations to his other clients.

WHEREFORE, the plaintiff, John Hughes, respectfully moves for an eight (8) day extension of time, up to and including August 13, 2004, to answer or object to the Defendants' Motion for Summary Judgment.

**RESPECTFULLY SUBMITTED,
THE PLAINTIFF, JOHN HUGHES**

**By:** _____
Lewis H. Chimes
*Fed. Bar No.: ct07023*
GARRISON, LEVIN-EPSTEIN, CHIMES
    & RICHARDSON, P.C.
405 Orange Street
New Haven, CT  06511
Ph:  (203) 777-4425
Fax: (203) 776-3965
lchimes@garrisonlaw.com

## CERTIFICATION

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 26th day of July, 2004 to:

Ann Noble Walker, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Lewis Chimes