UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
| | | |
|---|---|---|
| JOHN HUGHES, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1917(MRK) |
| vs. | : | |
| MILFORD HOUSING AUTHORITY, ET AL, | : | |
| Defendants. | : | August 4, 2004 |

---------------------------------------------------------------x

## PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, John Hughes, hereby moves for an extension of time of sixty (60) days, up to and including October 12, 2004, to respond to defendants Motion for Summary Judgment. The plaintiff's response is currently due on August 13, 2004. The undersigned has contacted defendants' counsel, Ann Walker, and she objects to the granting of this motion. This is the plaintiff's third such request for an extension of time. In support of this motion, plaintiff asserts the following:

1. Defendants' voluminous motion raises numerous issues and the time requested is necessary for counsel to adequately and effectively represent Mr. Hughes consistent with counsel's personal obligations and obligations to his other clients.

2. Counsel had intended to complete plaintiff's response to defendant's Motion for Summary Judgment prior to leaving for a family vacation on August 12, 2004.

3. Two of the attorney's in plaintiff's counsel's five attorney firm have been on trial for two months this summer. This has resulted in substantial additional unanticipated administrative work for plaintiff's counsel in the firm.

4. In the absence of the two other attorneys, plaintiff's counsel also has had handle much more additional new client intake. This has also generated more unanticipated work for plaintiff's counsel.

5. Plaintiff's counsel has also had an unanticipated family matter that will take up 1-2 work days prior to the current response due date.

6. Plaintiff's counsel has two depositions scheduled prior to the current response due date.

7. Although counsel will try very hard to complete plaintiff's response by the August 13, 2004, due date, it may be impossible given these other constraints.

8. The sixty day extension is necessary because plaintiff's counsel will be away from August 12 - August 30, 2004, and will be starting trial in the matter of <u>Williamson v. Mediplex et al</u>, CV 02-0169069, pending in the Superior Court of the Judicial District of Waterbury, on September 8, 2004. That trial will take approximately eight trial days.

WHEREFORE, the plaintiff, John Hughes, respectfully moves for a (60) day extension of time, up to and including October 12, 2004, to answer or object to the Defendants' Motion for Summary Judgment.

**RESPECTFULLY SUBMITTED,**
**THE PLAINTIFF, JOHN HUGHES**

**By:** _____
Lewis H. Chimes
*Fed. Bar No.: ct07023*
GARRISON, LEVIN-EPSTEIN, CHIMES
    & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965
lchimes@garrisonlaw.com

## **CERTIFICATION**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this <u>4th</u> day of August, 2004 to:

Ann Noble Walker, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Lewis Chimes