UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
| | | |
|---|---|---|
| JOHN HUGHES, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV1917(MRK) |
| vs. | : | |
| MILFORD HOUSING AUTHORITY, ET AL, | : | |
| Defendants. | : | August 12, 2004 |

---------------------------------------------------------------x

## NOTICE OF MANUAL FILING

Please take notice that Plaintiff, John Hughes, has manually filed the following document or thing

**Exhibits 1 - 37 of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment**

This document has not been filed electronically because

[X]  the document or thing cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF, JOHN HUGHES

By:_____
Lewis H. Chimes
*Fed. Bar No.: ct07023*
GARRISON, LEVIN-EPSTEIN, CHIMES
    & RICHARDSON, P.C.
405 Orange Street
New Haven, CT  06511
Ph: (203) 777-4425
Fax: (203) 776-3965
lchimes@garrisonlaw.com

**CERTIFICATION**

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. mail, postage prepaid, this 12th day of August 2004 to:

Ann Noble Walker, Esquire
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT  06103-3597

_____
Lewis H. Chimes