UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>　　　Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| V. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>　　　Defendants. | AUGUST 17, 2004 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants respectfully move for an extension of time of fifteen (15) days, up to and including September 15, 2004, to submit a Reply to the Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment. In support of this motion, the Defendants state the following:

1. On or about April 14, 2004, this Court ordered that the Defendants had until June 14, 2004, to file a dispositive motion.

2. Pursuant to that Order, on June 14, 2004, the Defendants filed a Motion for Summary Judgment with supporting materials.

3. The deadline for the Plaintiff to submit an opposition to the Defendants' Motion was initially July 5, 2004.

4. The Plaintiff requested and was granted a thirty (30) day extension of time, and then an eight (8) day extension of time, making August 13, 2004, the deadline for the Plaintiff to file an opposition to the Defendants' Motion.

5. On or about August 12, 2004, the Plaintiff served the Defendants with the Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

6. Pursuant to the Federal Rules of Civil Procedure and Local Rule 7(d), the Defendants have until August 31, 2004, to file a Reply brief.

7. The Defendants require a brief extension of time to form a thorough and complete response to the materials submitted by the Plaintiff.

8. Therefore, the Defendants respectfully request an extension of fifteen (15) days, up to and including September 15, 2004, to submit their Reply brief.

9. This is the Defendants' first request for an extension of the deadline to file a Reply brief.

10. The Defendants' counsel attempted to contact the Plaintiff's counsel to determine if Plaintiff objects to this motion, but no response was received.

Wherefore, the Defendants respectfully request an extension of fifteen (15) days, up to and including September 15, 2004, to submit a Reply to the Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

DEFENDANTS,
MILFORD HOUSING AUTHORITY, ANTHONY VASILIOU, RICHARD ANDERSEN, HILARY HOLOWINK, JOHN AMENTA, EDWARD CANELLI, JACK TUCCIARONE,

By: _____
Richard F. Vitarelli (ct 15145)
Anne Noble Walker (ct 11637)
Michael G. Petrie (ct 22789)
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 17th day of August, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

                                      Michael G. Petrie