UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES,<br>　　　Plaintiff, | CIVIL NO. 302CV1917 (MRK) |
| V. | |
| MILFORD HOUSING AUTHORITY,<br>ANTHONY VASILIOU, RICHARD<br>ANDERSEN, HILARY HOLOWINK, JOHN<br>AMENTA, EDWARD CANELLI AND JACK<br>TUCCIARONE,<br>　　　Defendants. | SEPTEMBER 17, 2004 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned respectfully moves, pursuant to Rule 15 of the Local Rules of Civil Procedure, to withdraw his appearance on behalf of all of the defendants in the above-captioned matter. The defendants remain represented by attorneys Richard F. Vitarelli and Anne Noble Walker in this matter and a copy of this motion is being sent by certified mail to the defendants.

　　　　　　　　　　　　　　　DEFENDANTS,

　　　　　　　　　　　　　　　MILFORD HOUSING AUTHORITY, ANTHONY
　　　　　　　　　　　　　　　VASILIOU, RICHARD ANDERSEN, HILARY
　　　　　　　　　　　　　　　HOLOWINK, JOHN AMENTA, EDWARD
　　　　　　　　　　　　　　　CANELLI, JACK TUCCIARONE,

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　Richard F. Vitarelli (ct 15145)
　　　　　　　　　　　　　Anne Noble Walker (ct 11637)
　　　　　　　　　　　　　Michael G. Petrie (ct 22789)
　　　　　　　　　　　　　Robinson & Cole LLP
　　　　　　　　　　　　　280 Trumbull Street
　　　　　　　　　　　　　Hartford, CT 06103-3597
　　　　　　　　　　　　　Tel. No.: (860) 275-8200
　　　　　　　　　　　　　Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, certified mail, return receipt requested, on this 17th day of September, 2004 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes
 & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

_____
Michael G. Petrie