UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOHN HUGHES | : | |
| | : | |
| Plaintiff, | : | NO. 3:02CV1917(MRK) |
| | : | |
| v. | : | |
| | : | |
| MILFORD HOUSING AUTHORITY, ET AL. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Having received no objection, the Court GRANTS Defendants' Motion to Lift the Protective Order [doc. #36] and DENIES Defendants' and Partial Motion for Reconsideration [doc. #41] as well as Plaintiff's Motion for Partial Reconsideration [doc. #42].

IT IS SO ORDERED.

/s/       Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: October 5, 2004.