UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN HUGHES, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil No. 3:02cv1917 (MRK) |
| : | |
| MILFORD HOUSING AUTHORITY, et al. : | |
| : | |
| Defendants. : | |

## RULING AND ORDER

Defendants' Motion for Summary Judgment [**doc. #45**] is GRANTED IN PART AND DENIED IN PART. In his opposition brief, Plaintiff explicitly withdrew his claims that are described in Counts Two, Three and Four of the Complaint. *See* Pl.'s Mem. of Law in Opp. to Defs.' Mot. for Summ. J. [doc. #62] at 1 n.1. Further, by letter the Court dated January 7, 2005, Plaintiff withdrew his claims as to the individual commissioners in Count One, as to the individual commissioners and the Milford Housing Authority ("MHA") in Count Seven, and as to all defendants in Count Eight. Finally, in an oral on-the-record ruling on February 8, 2005, the Court granted summary judgment in favor of the Defendants on Plaintiff's claim in Count One of the Complaint, and denied summary judgment on Plaintiff's remaining claims. In conclusion, the Court GRANTS Summary Judgment in favor of the Defendants on Counts One, Two, Three, Four and Eight in their entirety, and as to the individual commissioners and the MHA on Count Seven. The Court DENIES summary judgment on Counts Five and Six as to the MHA and Count Seven as to Anthony Vasiliou.

IT IS SO ORDERED.


/s/   <u>Mark R. Kravitz</u>
      United States District Judge


Dated at New Haven, Connecticut: <u>February 15, 2005</u>.