UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------x
| | |
|---|---|
| JOHN HUGHES, | : CIVIL ACTION NO. |
| Plaintiff, | : 3:02CV1917(MRK) |
| vs. | : |
| MILFORD HOUSING AUTHORITY, ANTHONY VASILIOU, RICHARD ANDERSON, HILARY HOLOWINK, JOHN AMENTH, EDWARD CANELLI, and JACK TUCCIARONE | : |
| Defendants. | : March 28, 2005 |

---------------------------------------------------------------x

## STIPULATION OF DISMISSAL

The plaintiff, John Hughes, and the defendants, Milford Housing Authority, Anthony Vasiliou, Richard Anderson, Hilary Holowink, John Amenth, Edward Canelli, and Jack Tucciarone, through counsel, who are authorized to execute this stipulation, hereby stipulate that the above-entitled matter has been resolved, and the matter should be dismissed in its entirety, with prejudice and without costs to either party.

**RESPECTFULLY SUBMITTED**
**THE PLAINTIFF**

By: _____
Lewis H. Chimes
*Federal Bar No. ct07023*
GARRISON, LEVIN-EPSTEIN
CHIMES & RICHARDSON, P.C.
405 Orange Street
New Haven, CT 06511
Ph: (203) 777-4425
Fax: (203) 776-3965


**THE DEFENDANTS**

By: _____
Ann Noble, Esquire
*Federal Bar No.* ct11637
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Ph: 860-275-8200
Fax: 860-275-8299

## **CERTIFICATION**

This is to certify that a copy of the Stipulation of Dismissal was mailed, via Federal Express on this 11th day of May, 2005 to:

Lewis H. Chimes, Esq.
Garrison, Levin-Epstein, Chimes & Richardson, P.C.
405 Orange Street
New Haven, CT 06511

_____
Anne M. Noble